IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **AMERICAN GREETINGS CORP., ET AL.,** ) | ) | **CASE NO. 1:09CV01056** |
| ) | | |
| Plaintiffs, ) | ) | **JUDGE JAMES S. GWIN** |
| ) | | |
| vs. ) | ) | **ORDER** |
| ) | | |
| **COOKIE JAR ENTERTAINMENT, INC., ET AL.,** ) | ) | |
| ) | | |
| Defendants. ) | | |

**AND**

| | | |
|---|---|---|
| **MOONSCOOP SAS,** ) | ) | **CASE NO. 1:09CV01885** |
| ) | | |
| Plaintiff, ) | ) | **JUDGE JAMES S. GWIN** |
| ) | | |
| vs. ) | ) | **ORDER** |
| ) | | |
| **AMERICAN GREETINGS CORP.,** ) | ) | |
| ) | | |
| Defendant. ) | | |

The parties identification of experts shall take place as follows:

    1) American Greetings Corp., shall identify experts by January 11, 2010;

    2) Cookie Jar Entertainment shall identify experts by January 18, 2010;

    3) Moonscoop SAS shall identify experts by January 18, 2010.

The exchange of reports is to be governed pursuant to Rule 26. Counsel are to provide

the Court with copies of expert reports.

Any objection to the qualifications of expert witnesses under *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, must be filed two months before the standby trial date.  **A party WAIVES the right to object to the qualifications of a testifying witness if the party fails to file an objection by this date.**  Responses to such motions must be filed no later than 7 consecutive days after the motion is filed.

**IT IS SO ORDERED.**


Dated: December 14, 2009                         *s/     James S. Gwin*
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE