## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **AMERICAN GREETINGS CORP., ET AL.,** | ) | **CASE NO. 1:09CV01056** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER OF REFERENCE TO** |
| | ) | **ALTERNATIVE DISPUTE** |
| **COOKIE JAR ENTERTAINMENT, INC., ET AL.,** | ) | **RESOLUTION (MEDIATION)** |
| | ) | |
| **Defendants.** | ) | |

**AND**

| | | |
|---|---|---|
| **MOONSCOOP SAS,** | ) | **CASE NO. 1:09CV01885** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **AMERICAN GREETINGS CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Local Rule 16.4 Alternative Dispute Resolution (ADR) of the Local Rules of the United States District Court for the Northern District of Ohio, the above-captioned cases are referred to mediation pursuant to Local Rule 16.6, et seq.

The mediation shall take place on January 21, 2010, and Marvin Karp is appointed as mediator.

This order is to be forwarded forthwith by electronic transmission to the attention of

Peggy Nichols, ADR Administrator, Cleveland, Ohio, for implementation.

**IT IS SO ORDERED.**

Dated: December 16, 2009     *s/      James S. Gwin*
                             JAMES S. GWIN
                             UNITED STATES DISTRICT JUDGE