MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 12/16/09 |
| Judge: | James S. Gwin |
| Case No.: | 1:09cv01056 and 1:09cv01885 |
| Court Reporter: | None |

AMERICAN GREETINGS CORP., ET AL   )
                                                        )
    Plaintiffs,                             )
                                                        )
vs.                                                         )
                                                        )
COOKIE JAR ENTERTAINMENT,       )
INC., ET AL.,                              )
                                                        )
    Defendants.                          )

AND

MOONSCOOP SAS,                          )
                                                        )
    Plaintiff,                               )
                                                        )
vs.                                                         )
                                                        )
AMERICAN GREETINGS CORP.,       )
                                                         )
    Defendant.                             )

MATTERS CONSIDERED: Conference call with counsel.

TOTAL TIME: 6 min.                           *s/    Gwen Mackey*
                                                            Courtroom Deputy Clerk