IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN GREETINGS CORPORATION, *et al.*, | ) ) ) | CASE NO. 1:09CV1056 |
| Plaintiffs, | ) ) | JUDGE JAMES GWIN |
| v. | ) ) | |
| COOKIE JAR ENTERTAINMENT, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

AND

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) ) | Case 1:09-CV-01885-JG |
| Plaintiff, | ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | |
| AMERICAN GREETINGS CORPORATION, | ) ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| COOKIE JAR ENTERTAINMENT, INC., | ) ) | |
| Third-Party Defendant | ) ) ) ) | |

**AMERICAN GREETINGS CORPORATIONS AND THOSE CHARACTERS FROM CLEVELAND'S EXPERT IDENTIFICATION**

American Greetings Corporation and Those Characters From Cleveland, Inc. identify Andrew W. Walter, Brian J. Marler and John A. Taylor of Houlihan Lokey as experts it currently intends to call at trial. American Greetings Corporation and Those Characters From Cleveland, Inc. reserve the right to call additional experts if needed for rebuttal, or based on future developments.

    _s/Damond R. Mace_____
Damond R. Mace (0017102)
*dmace@ssd.com*
Steven A. Friedman (0060001)
*sfriedman@ssd.com*
Donald W. Herbe (0076500)
*dherbe@ssd.com*
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
Phone:  (216) 479-8500
Fax:  (216) 479-8780

Attorneys for American Greetings Corporation
and Those Characters From Cleveland, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2010, a copy of foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Damond R. Mace*
One of the Attorneys for American Greetings Corporation and Those Characters From Cleveland, Inc.

CLE - 1689516.1