not-rpt-ecf2.frm

# *IN THE UNITED STATES DISTRICT COURT*
# *FOR THE NORTHERN DISTRICT OF OHIO*

| | | |
|---|---|---|
| MOONSCOOP SAS, etc., | : | Case No. 1:09 CV 1885 & 1:09 CV 1056 |
| Plaintiff, | : | |
| -vs- | : | |
| AMERICAN GREETINGS CORP., etc., | : | **NOTICE OF ADR ADMINISTRATOR** |
| Defendant. | : | |

JAMES S. GWIN, JUDGE

Notice is hereby given that a mediation conference was held on January 20, 2010, and as a result, the process is complete. Reportable results of the mediation process are as follows:

1. Marvin L. Karp of Ulmer Berne LLP, 1100 Skylight Office Tower, 1660 West Second Street, Cleveland, OH 44113-1448, served as the Mediator in the within case.

2. Reportable agreements and/or stipulations consented to by the parties: Settlement was not achieved. Parties are very much entrenched in their positions. The amount that American Greetings would be wiling to accept for the "the Properties" fax exceeds the value that any of the other parties (Cookie Jar and Moonscoop) places on the Properties. Cookie Jar and American Greetings are also far apart on their perception fo what any new License Agreement should look like.

    There is, however, a possibility that once discovery has been completed, one or more of the parties may be willing to rethink their views as to their chances at trial and, hence, their settlement posture.

3. Recommendations as to future ADR processing that might assist in resolving the dispute: none at this time.

4. The mediation process is complete; case returned to chambers for further settlement negotiations and case processing.

**DATED at Cleveland, Ohio, this 25th day of January, 2010**.

/s/ **Peggy Nichols**
ADR Administrator
United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113-1830
216-357-7007
Fax 216-357-7040
**Peggy_Nichols@ohnd.uscourts.gov**

### *CERTIFICATE OF SERVICE*

A copy of the within Notice of ADR Administrator was filed electronically this 25th day of January, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ **Peggy Nichols**
ADR Administrator
216-357-7007
Fax 216-357-7040
**Peggy_Nichols@ohnd.uscourts.gov**