Motion granted 1/29/10. Dispositive motions to be filed by 2/15/10 with responses due 3/1/10 and replies by 3/8/10.

s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, | ) CASE NO. 1:09CV1885 |
| Plaintiff, | ) JUDGE JAMES S. GWIN |
| v. | ) |
| AMERICAN GREETINGS CORPORATION, | ) **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| Defendant/Third Party Plaintiff, | ) |
| v. | ) |
| COOKIE JAR ENTERTAINMENT, INC., | ) |
| Third-Party Defendant/ Counterclaimant/ Crossclaimant. | ) |

Plaintiff/Crossclaim-Defendant MoonScoop SAS ("MoonScoop") and New Party Crossclaim Defendant Mike Young Productions, LLC ("MYP"), with the consent of all other parties to this action and as a result of MoonScoop and MYP's lead counsel's unforeseeable and unexpected illness, respectfully move the Court for a brief, two-week extension of the current February 1, 2010 dispositive motion deadline as set forth in the Court's December 14, 2009 Case Management Order.

MoonScoop and MYP request that the Court continue the dispositive motion deadline through February 15, 2010 to permit the parties an opportunity to reschedule two depositions scheduled for this week that, by agreement of the parties, will be continued to agreed-upon dates in light of MoonScoop and MYP's counsel's illness. The requested extension of time will not require adjustment of any other dates in the Case Management Order except with respect to two-week extensions for dispositive motion oppositions and reply briefs. This is the parties' first

CLE - 2236211.1