IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMERICAN GREETINGS CORPORATION, *et al.*, | ) CASE NO. 1:09CV1056 ) |
| Plaintiffs, | ) JUDGE JAMES S. GWIN ) ) |
| v. | ) ) |
| COOKIE JAR ENTERTAINMENT, INC., *et al.*, | ) ) ) |
| Defendants-Counterclaimants. | ) ) ) |
| MOONSCOOP SAS, | ) CASE NO. 1:09CV1885 ) |
| Plaintiff, | ) JUDGE JAMES S. GWIN ) ) |
| v. | ) ) |
| AMERICAN GREETINGS CORPORATION, | ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| COOKIE JAR ENTERTAINMENT INC., | ) ) ) |
| Third-Party Defendant/ Counterclaimant/ Crossclaimant | ) ) ) ) |

**Motion of Cookie Jar Entertainment, Inc.; Cookie Jar Entertainment Holdings (USA) Inc.; and Cookie Jar Entertainment (USA) Inc. for Leave to Exceed the Page Limit**

Rather than file separate motions for summary judgment in each of the

above-captioned matters, Cookie Jar Entertainment, Inc.; Cookie Jar

Entertainment Holdings (USA) Inc.; and Cookie Jar Entertainment (USA) Inc.

(collectively "Cookie Jar") request leave to file one consolidated motion for summary judgment supported by a memorandum of up to 25 pages in length. Filing one consolidated motion, as opposed to two separate motions, will promote judicial economy and preserve the Court's and the parties' resources. Given the number of parties and claims involved in this litigation, however, the memorandum supporting a consolidated motion will likely exceed the 20-page limit for such memoranda contained in Local Rule 7.1. Cookie Jar therefore requests that it be granted leave to exceed Local Rule 7.1's page limit by 5 pages so that it may file one consolidated memorandum of up to 25 pages in length.

Dated: February 9, 2010

Respectfully submitted,

 /s/Michael J. Zbiegien, Jr.
David H. Wallace (0037210)
Michael J. Zbiegien Jr. (0078352)
Julie A. Crocker (0081231)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: 216.241.2838
Fax: 216.241.3707
dwallace@taftlaw.com
mzbiegien@taftlaw.com
jcrocker@taftlaw.com

Robert M. Abrahams
Dana M. Roth
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.756.2000
Fax: 212.593.5955

Attorneys for Cookie Jar Entertainment, Inc.; Cookie Jar Entertainment Holdings (USA) Inc.; and Cookie Jar Entertainment (USA) Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2010, a true and correct copy of the foregoing document was filed electronically. Notification of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *Michael J. Zbiegien, Jr.*
        Michael J. Zbiegien, Jr.

71271261.1