UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GREETINGS CORPORATION, et al.<br><br>Defendants/Third Party Plaintiff,<br><br>v.<br><br>COOKIE JAR ENTERTAINMENT, INC.,<br><br>Third-Party Defendant. | Case 1:09-CV-01885<br><br>JUDGE JAMES S. GWIN<br><br>**MOTION OF MOONSCOOP SAS AND MIKE YOUNG PRODUCTIONS, LLC TO FILE SEPARATE MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiffs MoonScoop SAS and Mike Young Productions, LLC are prepared to file a Motion for Partial Summary Judgment with respect to their claims against Defendant American Greetings Corporation. Plaintiffs are also prepared to file a Motion for Summary Judgment seeking the dismissal of the Crossclaim filed against them by Cookie Jar Entertainment, Inc. and Cookie Jar Entertainment (USA) Inc. (the "Cookie Jar Parties"). Plaintiffs respectfully submit that the orderly presentation of these issues is best served by separately filing and briefing these motions. Accordingly, to the extent that the anticipated motions may be construed to require leave of Court pursuant to this Court's Standing Order regarding the procedures for filing motions for summary judgment, Plaintiffs respectfully request leave to separately file their Motion for Summary Judgment against American Greetings and their Motion for Summary Judgment against the Cookie Jar Parties.

Respectfully submitted,

/s/ Michael J. Garvin

Michael J. Garvin (0025394)
mjgarvin@hahnlaw.com
Eric B. Levasseur (0075353)
eblevasseur@hahnlaw.com
Jeffrey A. Yeager (0068062)
jyeager@hahnlaw.com
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216-621-0150
Facsimile: 216-241-2824

*Attorneys for Plaintiffs/Crossclaim Defendants MoonScoop SAS and New Third Party Crossclaim Defendant Mike Young Productions, LLC*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically this 10th day of February 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael J. Garvin
*One of the Attorneys for Plaintiffs/Crossclaim Defendants MoonScoop SAS and New Third Party Crossclaim Defendant Mike Young Productions, LLC*