Motion granted 2/10/10; consolidated dispositive motion to be filed with the page limit of the memorandum in support increased to 25 pages.

s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMERICAN GREETINGS CORPORATION, *et al.*, | CASE NO. 1:09CV1056 |
| Plaintiffs, | JUDGE JAMES S. GWIN |
| v. | |
| COOKIE JAR ENTERTAINMENT, INC., *et al.*, | |
| Defendants-Counterclaimants. | |
| MOONSCOOP SAS, | CASE NO. 1:09CV1885 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| AMERICAN GREETINGS CORPORATION, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| COOKIE JAR ENTERTAINMENT INC., | |
| Third-Party Defendant/ Counterclaimant/ Crossclaimant | |

**Motion of Cookie Jar Entertainment, Inc.; Cookie Jar Entertainment Holdings (USA) Inc.; and Cookie Jar Entertainment (USA) Inc. for Leave to Exceed the Page Limit**

Rather than file separate motions for summary judgment in each of the above-captioned matters, Cookie Jar Entertainment, Inc.; Cookie Jar Entertainment Holdings (USA) Inc.; and Cookie Jar Entertainment (USA) Inc.