Motion granted 2/10/10.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, et al., | ) | Case 1:09-CV-01885 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GREETINGS CORPORATION, et al. | ) | **MOTION OF MOONSCOOP SAS AND MIKE YOUNG PRODUCTIONS, LLC TO FILE SEPARATE MOTIONS FOR SUMMARY JUDGMENT** |
| Defendants/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COOKIE JAR ENTERTAINMENT, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Plaintiffs MoonScoop SAS and Mike Young Productions, LLC are prepared to file a Motion for Partial Summary Judgment with respect to their claims against Defendant American Greetings Corporation. Plaintiffs are also prepared to file a Motion for Summary Judgment seeking the dismissal of the Crossclaim filed against them by Cookie Jar Entertainment, Inc. and Cookie Jar Entertainment (USA) Inc. (the "Cookie Jar Parties"). Plaintiffs respectfully submit that the orderly presentation of these issues is best served by separately filing and briefing these motions. Accordingly, to the extent that the anticipated motions may be construed to require leave of Court pursuant to this Court's Standing Order regarding the procedures for filing motions for summary judgment, Plaintiffs respectfully request leave to separately file their Motion for Summary Judgment against American Greetings and their Motion for Summary Judgment against the Cookie Jar Parties.

CLE - 2272251.1