IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | Case 1:09-CV-01885-JG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GREETINGS | ) | JUDGE JAMES S. GWIN |
| CORPORATION, | ) | |
| | ) | |
| Defendant/Third- | ) | **AMERICAN GREETINGS** |
| Party Plaintiff, | ) | **CORPORATION AND THOSE** |
| | ) | **CHARACTERS FROM CLEVELAND'S** |
| v. | ) | **UNOPPOSED MOTION FOR AN** |
| | ) | **EXTENSION OF TIME TO PLEAD IN** |
| COOKIE JAR ENTERTAINMENT, INC., | ) | **RESPONSE TO COUNTERCLAIM** |
| | ) | |
| Third-Party | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

American Greetings Corporation ("American Greetings") and Those Characters From Cleveland ("Those Characters") respectfully request an extension of time to plead in response to the Counterclaim of Cookie Jar Entertainment, Inc. and Cookie Jar Entertainment (USA) Inc. (the "Cookie Jar Parties") (Dckt. No. 67), which was filed on January 26, 2010 in response to MoonScoop's First Amended Complaint.  Shortly after the Cookie Jar Parties filed their Counterclaim, MoonScoop SAS ("MoonScoop") and Mike Young Productions ("MYP") filed a Second Amended Complaint on February 5, 2010 (Dckt. No. 72), which moots MoonScoop's First Amended Complaint, and the derivative pleadings filed in response to the First Amended Complaint.  American Greetings and Those Characters' pleading in response to the Second Amended

Complaint, which is currently due February 22, 2010, will include a Third Party Complaint against Cookie Jar Entertainment, Inc.  It is expected that the Cookie Jar Parties will then file a Counterclaim in response to that Third Party Complaint.

Accordingly, in the interest of judicial economy, American Greetings and Those Characters request an extension of time to plead in response to the pending Counterclaim (Dckt. No. 67) up to and including 21 days after the Cookie Jar Parties file a new Counterclaim in response to American Greetings' new Third Party Complaint in response to MoonScoop's Second Amended Complaint.

Counsel for American Greetings and Those Characters contacted counsel for the Cookie Jar Parties, and counsel for the Cookie Jar Parties indicated there was no objection to this request for an extension.

Respectfully submitted,


*s/Damond R. Mace*_____
Damond R. Mace (0017102)
*dmace@ssd.com*
Steven A. Friedman (0060001)
*sfriedman@ssd.com*
Donald W. Herbe (0076500)
*dherbe@ssd.com*
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
Phone:  (216) 479-8500
Fax:  (216) 479-8780

Attorneys for American Greetings American Greetings Corporation and Those Characters From Cleveland, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2010, a copy of foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_s/Damond R. Mace_
One of the Attorneys for American
Greetings Corporation and Those
Characters From Cleveland, Inc.
