AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| Moonscoop SAS, et al. <br> *Plaintiff* <br> v. <br> American Greatings Corporation, et al. <br> *Defendant* | Civil Action No. 1:09-CV-1885 <br><br> Judge Gwin <br> Magistrate Judge Perelman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Those Characters From Cleveland, Inc.
    One American Road
    Cleveland, Ohio 44144

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael J. Garvin
    HAHN LOESER & PARKS LLP
    200 Public Square, Suite 2800
    Cleveland, Ohi 44114

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith<br>
*CLERK OF COURT*

Date: 2/9/2010

s/Terri L. Masich
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Those Characters From Cleveland, Inc.**
was received by me on *(date)* **Feb. 9, 2010**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **I served the Summons on Steven A. Friedman, Esq., who agreed to accept service, via courier, at 127 Key Tower, Cleveland, Ohio on Feb. 9, 2010**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/10/2010**

*Elizabeth Tropf*
Server's signature

**Elizabeth Tropf, Paralegal**
Printed name and title

**200 Public Square, Suite 2800
Cleveland, OH 44114**
Server's address

Additional information regarding attempted service, etc: