Motion granted 2/11/10; moving parties granted leave to file separate dispositive motions and to exceed the memorandum page limit by 5 pages.

s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMERICAN GREETINGS CORPORATION, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>COOKIE JAR ENTERTAINMENT, INC., *et al.*<br><br>  Defendants. | CASE NO. 1:09-CV-1056<br><br><br><br>JUDGE JAMES GWIN |

AND

| | |
|---|---|
| MOONSCOOP SAS,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN GREETINGS CORPORATION,<br><br>  Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COOKIE JAR ENTERTAINMENT, INC.,<br><br>  Third-Party Defendant. | Case 1:09-CV-01885-JG<br><br><br><br>JUDGE JAMES S. GWIN |

**AMERICAN GREETINGS CORPORATION'S AND THOSE CHARACTERS FROM CLEVELAND, INC.'S MOTION FOR LEAVE TO FILE SEPARATE MOTIONS FOR SUMMARY JUDGMENT AGAINST THE COOKIE JAR PARTIES AND MOONSCOOP AND TO EXCEED THE PAGE LIMITATION BY 5 PAGES**