IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | Case 1:09-CV-01885-JG |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AMERICAN GREETINGS CORPORATION, | ) ) ) | JUDGE JAMES S. GWIN |
| Defendant/Third-Party Plaintiff, | ) ) ) ) | **AMERICAN GREETINGS CORPORATION AND THOSE CHARACTERS FROM CLEVELAND'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO PLEAD IN RESPONSE TO COUNTERCLAIM** |
| v. | ) ) | |
| COOKIE JAR ENTERTAINMENT, INC., | ) ) | |
| Third-Party Defendant. | ) ) ) ) | |

American Greetings Corporation ("American Greetings") and Those Characters From Cleveland ("Those Characters") respectfully request an extension of time to plead in response to the Counterclaim of Cookie Jar Entertainment, Inc. and Cookie Jar Entertainment (USA) Inc. (the "Cookie Jar Parties") (Dckt. No. 67), which was filed on January 26, 2010 in response to MoonScoop's First Amended Complaint. Shortly after the Cookie Jar Parties filed their Counterclaim, MoonScoop SAS ("MoonScoop") and Mike Young Productions ("MYP") filed a Second Amended Complaint on February 5, 2010 (Dckt. No. 72), which moots MoonScoop's First Amended Complaint, and the derivative pleadings filed in response to the First Amended Complaint. American Greetings and Those Characters' pleading in response to the Second Amended

---

Motion granted subject to the following deadlines: parties must file any response to Moonscoop's second amended complaint by 2/19/10; pleadings responsive to the 2/19 pleadings must be filed by 3/5/10; pleadings responsive to the 3/5/10 pleadings must be filed by 3/19/10. Absent an amended counterclaim being filed by Cookie Jar, American Greetings shall respond to Cookie Jar's pending counterclaim by 3/12/10.

s/ James S. Gwin  2/11/10
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE