# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **AMERICAN GREETINGS CORPORATION,** *et al.*, | ) CASE NO. 1:09CV1056 |
| Plaintiffs, | ) JUDGE JAMES S. GWIN |
| v. | |
| **COOKIE JAR ENTERTAINMENT, INC.,** *et al.*, | |
| Defendants-Counterclaimants. | |
| **MOONSCOOP SAS,** | ) CASE NO. 1:09CV1885 |
| Plaintiff, | ) JUDGE JAMES S. GWIN |
| v. | |
| **AMERICAN GREETINGS CORPORATION,** | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| **COOKIE JAR ENTERTAINMENT INC.,** | |
| Third-Party Defendant/ Counterclaimant/ Crossclaimant | |

**Cookie Jar Entertainment Inc., Cookie Jar Entertainment Holdings (USA) Inc., and Cookie Jar Entertainment (USA) Inc.'s Notice of Joining MoonScoop SAS and Mike Young Productions LLC's Request for Status Conference Following the Close of Dispositive Motions and Request to Excuse Party Appearance at February 17, 2010 Status Conference**

Cookie Jar Entertainment Inc., Cookie Jar Entertainment Holdings (USA) Inc., and Cookie Jar Entertainment (USA) Inc. hereby join in MoonScoop SAS and Mike Young Productions LLC's motion for a status conference following the close of dispositive motions and

motion to excuse party attendance at the February 17, 2010 status conference (Case No. 1:09CV1885, ECF No. 84).

Dated: February 16, 2010

Respectfully submitted,

_/s/ David H. Wallace_____ __
David H. Wallace (0037210)
Michael J. Zbiegien, Jr. (0078352)
Julie A. Crocker (0081231)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: 216.241.2838
Fax: 216.241.3707
dwallace@taftlaw.com
mzbiegien@taftlaw.com
jcrocker@taftlaw.com

Robert M. Abrahams
Dana M. Roth
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.756.2000
Fax: 212.593.5955

Attorneys for Cookie Jar Entertainment, Inc., Cookie Jar Entertainment Holdings (USA) Inc., and Cookie Jar Entertainment (USA) Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 16, 2010, a true and correct copy of the foregoing document was filed electronically.  Notification of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                              */s/ David H. Wallace*  
                                              David H. Wallace

71275243