IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **AMERICAN GREETINGS CORPORATION**, *et al.*, | ) ) ) | CASE NO. 1:09CV1056 |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **COOKIE JAR ENTERTAINMENT, INC.**, *et al.*, | ) ) ) ) | |
| Defendants-Counterclaimants. | ) ) ) | |
| **MOONSCOOP SAS**, | ) ) | CASE NO. 1:09CV1885 |
| Plaintiff, | ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) ) | |
| **AMERICAN GREETINGS CORPORATION**, | ) ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| **COOKIE JAR ENTERTAINMENT INC.**, | ) ) ) | |
| Third-Party Defendant/ Counterclaimant/ Crossclaimant | ) ) ) | |

**Cookie Jar Entertainment Inc., Cookie Jar Entertainment Holdings (USA) Inc., and Cookie Jar Entertainment (USA) Inc.'s Notice of Filing More Legible Version of the Second Declaration of Michael Hirsh**

**(Filed Under Seal, Case No. 1:09CV1056 ECF No. 34; Case No. 1:09CV1885 ECF No. 54.)**

Attached to this Notice is a more legible version of the Second Declaration of Michael Hirsh, which is Exhibit B to the memorandum in support of the motion for partial summary judgment filed by Cookie Jar Entertainment Inc., Cookie Jar Entertainment Holdings (USA) Inc.,

and Cookie Jar Entertainment (USA) Inc. (Case No. 1:09CV1056, ECF No. 56; Case No. 1:09CV1885, ECF No. 85). Cookie Jar requests that the Court and the parties substitute the attached version for the version that accompanied Cookie Jar's memorandum in support.

Dated: February 16, 2010    Respectfully submitted,

                                                             /s/ David H. Wallace
David H. Wallace (0037210)
Michael J. Zbiegien, Jr. (0078352)
Julie A. Crocker (0081231)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: 216.241.2838
Fax: 216.241.3707
dwallace@taftlaw.com
mzbiegien@taftlaw.com
jcrocker@taftlaw.com

Robert M. Abrahams
Dana M. Roth
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.756.2000
Fax: 212.593.5955

Attorneys for Cookie Jar Entertainment Inc.,
Cookie Jar Entertainment Holdings (USA) Inc.,
and Cookie Jar Entertainment (USA) Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, a true and correct copy of the foregoing document was filed electronically. Notification of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, I have also served a copy of the foregoing on all counsel of record via electronic mail.

                                                     _/s/ David H. Wallace_
                                                     David H. Wallace

71276609