MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 2/17/10 |
| Judge: | James S. Gwin |
| Case No.: | 1:09cv01056 |
|  | & 1:09cv01885 |
| Court Reporter: | None |

AMERICAN GREETINGS, ET AL.,    )
                                 )
      Plaintiffs,             )
                                 )
vs.                                 )
                                 )
COOKIE JAR ENTERTAINMENT, INC., )
ET AL.,                        )
                                 )
      Defendants.         )

AND

MOONSCOOP SAS,          )
                                 )
      Plaintiff,            )
                                 )
vs.                                 )
                                 )
AMERICAN GREETINGS CORP.,    )
                                 )
      Defendant.        )

MATTERS CONSIDERED: Status conference.

TOTAL TIME: 4 hrs. 56 min.
     (2 hrs. 28 min. per case)

Gwen Mackey, Deputy Clerk