UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                        :
AMERICAN GREETINGS, ET AL.,             :          CASE NO. 1:09CV01056
                                        :
        Plaintiffs,                     :
                                        :
vs.                                     :          ORDER
                                        :
COOKIE JAR ENTERTAINMENT,               :
INC., ET AL.,                           :
                                        :
        Defendants.                     :

AND

MOONSCOOP SAS,                          :          CASE NO. 1:09CV01885
                                        :
        Plaintiff,                      :
                                        :
vs.                                     :          ORDER
                                        :
AMERICAN GREETINGS                      :
CORP.,                                  :
                                        :
        Defendant.                      :
                                        :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:


        The Court, with the filing of this entry, orders that all summary judgment motions filed as

sealed documents be unsealed.  Further, the parties are instructed that any future filing of a motion

under seal will require prior approval of the Court.

        IT IS SO ORDERED.



Dated: February 18, 2010                    s/      *James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE

1