IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **AMERICAN GREETINGS CORPORATION,** *et al.*, | ) | CASE NO. 1:09CV1056 |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **COOKIE JAR ENTERTAINMENT, INC.,** *et al.*, | ) | |
| | ) | |
| | ) | |
| **Defendants-Counterclaimants.** | ) | |
| | ) | |
| **MOONSCOOP SAS,** | ) | CASE NO. 1:09CV1885 |
| | ) | |
| **Plaintiff,** | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| **AMERICAN GREETINGS CORPORATION,** | ) | |
| | ) | |
| **Defendant/Third-Party Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **COOKIE JAR ENTERTAINMENT INC.,** | ) | |
| | ) | |
| **Third-Party Defendant/ Counterclaimant/ Crossclaimant** | ) | |

**Motion of Cookie Jar Entertainment, Inc., Cookie Jar Entertainment Holdings (USA) Inc., and Cookie Jar Entertainment (USA) Inc. for Leave to File One Forty-Page Brief**

Cookie Jar Entertainment, Inc., Cookie Jar Entertainment Holdings (USA) Inc., and Cookie Jar Entertainment (USA) Inc. (collectively "Cookie Jar") request leave to file one consolidated forty-page brief opposing the summary-judgment motions filed by American Greetings Corporation and Those Characters From Cleveland, Inc. (collectively "American

Greetings") and by MoonScoop SAS and Mike Young Productions LLC (collectively "MoonScoop"). Many of the arguments asserted by American Greetings in its summary-judgment motion are related to arguments raised by MoonScoop in its motion and vice versa. Therefore, permitting Cookie Jar to file one consolidated opposition brief—rather than two separate twenty-page briefs—will allow for a clearer and more comprehensive argument. In addition, filing one consolidated motion, as opposed to two separate motions, will promote judicial economy and preserve the Court's and the parties' resources. For the foregoing reasons, Cookie Jar requests that it be granted leave to file one consolidated forty-page brief in opposition to American Greetings' and MoonScoop's summary-judgment motions.

Dated:  February 24, 2010              Respectfully submitted,

                                       _/s/ Michael J. Zbiegien, Jr._____
                                       David H. Wallace (0037210)
                                       Michael J. Zbiegien Jr. (0078352)
                                       Julie A. Crocker (0081231)
                                       TAFT STETTINIUS & HOLLISTER LLP
                                       200 Public Square, Suite 3500
                                       Cleveland, OH  44114-2302
                                       Telephone: 216.241.2838
                                       Fax: 216.241.3707
                                       dwallace@taftlaw.com
                                       mzbiegien@taftlaw.com
                                       jcrocker@taftlaw.com

                                       Robert M. Abrahams
                                       Dana M. Roth
                                       SCHULTE ROTH & ZABEL LLP
                                       919 Third Avenue
                                       New York, New York 10022
                                       Telephone: 212.756.2000
                                       Fax: 212.593.5955

                                       Attorneys for Cookie Jar Entertainment, Inc.;
                                       Cookie Jar Entertainment Holdings (USA) Inc.;
                                       and Cookie Jar Entertainment (USA) Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 24, 2010, a true and correct copy of the foregoing document was filed electronically. Notification of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                       */s/ Michael J. Zbiegien, Jr.*
                                                                       Michael J. Zbiegien, Jr.

71281375.1