UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GREETINGS CORPORATION, | ) | **MOONSCOOP SAS' MOTION FOR** |
| | ) | **LEAVE TO EXCEED PAGE** |
| Defendant/Third Party Plaintiff, | ) | **LIMITATION** |
| | ) | |
| v. | ) | |
| | ) | |
| COOKIE JAR ENTERTAINMENT, INC., | ) | |
| | ) | |
| Third-Party Defendant/ | ) | |
| Counterclaimant/ | ) | |
| Crossclaimant. | ) | |

In accordance with the Court's Scheduling Order dated December 14, 2009, MoonScoop SAS ("MoonScoop") respectfully requests leave to exceed Rule 7.1(f)'s twenty-page limitation and that it be permitted to file a Memorandum in Opposition to American Greetings Corporation's ("AG") Motion for Summary Judgment (ECF # 88) not to exceed thirty (30) pages in length.

As grounds for this Motion, MoonScoop states that it requires an increase in the page limitation to adequately respond to the numerous arguments raised in AG's 25-page Motion for Summary Judgment. MoonScoop submits that the requested increase in page limitations will enable it to present a more comprehensive and thorough analysis of the factual and legal claims made in AG's Motion for Summary Judgment, and is consistent with the relief sought by and afforded the other parties to this action with respect to their requests for increases on page

CLE - 2367819.1

limitations for dispositive motion briefing. *See, e.g.,* ECF Nos. 75, 77, 79, 82 and 96. This is MoonScoop's first request for an increase of the page limitation with respect to any dispositive motion brief, and will not serve to prejudice the other parties to this action.

Therefore, for good cause shown and in the interests of justice, MoonScoop requests that it be granted leave to file a Memorandum in Opposition to AG's Motion for Summary Judgment not to exceed thirty (30) pages in length.

Respectfully submitted,

/s/ Eric B. Levasseur
Michael J. Garvin (0025394)
mjgarvin@hahnlaw.com
Eric B. Levasseur (0075353)
eblevasseur@hahnlaw.com
Jeffrey A. Yeager (0068062)
jyeager@hahnlaw.com

HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216-621-0150
Facsimile: 216-241-2824

*Attorneys for Plaintiff/Crossclaim Defendant MoonScoop SAS and New Party Crossclaim Defendant Mike Young Productions, LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically this 24th day of February, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Eric B. Levasseur
*One of the Attorneys for Plaintiff/Crossclaim Defendant MoonScoop SAS and New Party Crossclaim Defendant Mike Young Productions, LLC*