**Motion to exceed page limit granted, in part, 2/25/10. Mooncoop SAS may exceed the page limit for the response to motion for summary judgment of American Greetings Corp., by 5 pages for a total of 25 pages.**
**s/ James S. Gwin**
**JAMES S. GWIN**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| Plaintiff, | ) ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | |
| AMERICAN GREETINGS CORPORATION, | ) ) | **MOONSCOOP SAS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION** |
| Defendant/Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| COOKIE JAR ENTERTAINMENT, INC., | ) ) | |
| Third-Party Defendant/ Counterclaimant/ Crossclaimant. | ) ) ) | |

In accordance with the Court's Scheduling Order dated December 14, 2009, MoonScoop SAS ("MoonScoop") respectfully requests leave to exceed Rule 7.1(f)'s twenty-page limitation and that it be permitted to file a Memorandum in Opposition to American Greetings Corporation's ("AG") Motion for Summary Judgment (ECF # 88) not to exceed thirty (30) pages in length.

As grounds for this Motion, MoonScoop states that it requires an increase in the page limitation to adequately respond to the numerous arguments raised in AG's 25-page Motion for Summary Judgment. MoonScoop submits that the requested increase in page limitations will enable it to present a more comprehensive and thorough analysis of the factual and legal claims made in AG's Motion for Summary Judgment, and is consistent with the relief sought by and afforded the other parties to this action with respect to their requests for increases on page

CLE - 2367819.1