UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |  |
|---|---|---|
| AMERICAN GREETINGS CORP., ET AL., | : | CASE NO. 1:09CV01056 |
|  | : | [Resolving Doc. 65] |
| Plaintiffs, | : |  |
| vs. | : |  |
| COOKIE JAR ENTERTAINMENT, INC., ET AL, | : |  |
|  | : | ORDER |
| Defendants. | : |  |
|  | : |  |
| MOONSCOOP SAS, | : | CASE NO. 1:09CV01885 |
|  | : |  |
| Plaintiff, | : | [Resolving Doc. 96] |
| vs. | : |  |
| AMERICAN GREETINGS CORP., | : |  |
| Defendant. | : |  |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has before it the motions of the Cookie Jar parties for an order to file one consolidated forty-page brief opposing pending motions for summary judgment in the above-noted cases.  The Court denies the motion for forty pages.  The Court will grant the Cookie Jar parties a total of 35 pages for their consolidated response to the motions for summary judgment

filed by American Greetings Corp., Those Characters From Cleveland, Inc., Moonscoop SAS and Mike Young Productions LLC.

    IT IS SO ORDERED.


Dated: February 25, 2010                  s/      *James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE