# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, et al., ) | |
| ) | CASE NO. 1:09-CV-01885 |
| Plaintiffs/Cross-Claim ) | |
| Defendants, ) | |
| ) | JUDGE JAMES S. GWIN |
| vs. ) | |
| ) | |
| AMERICAN GREETINGS ) | |
| CORPORATION, et al., ) | **NOTICE OF APPEARANCE OF** |
| ) | **COUNSEL FOR CROSS-CLAIM** |
| Defendants/Third-Party ) | **DEFENDANTS MOONSCOOP** |
| Plaintiffs/Counterclaim ) | **SAS AND MIKE YOUNG** |
| and Cross-Claim ) | **PRODUCTIONS, LLC** |
| Defendants, ) | |
| ) | |
| vs. ) | |
| ) | |
| COOKIE JAR ENTERTAINMENT, ) | |
| INC., ) | |
| ) | |
| Third-Party Defendant and ) | |
| Counterclaim and Cross- ) | |
| Claim Plaintiff ) | |

Notice is hereby given that Harold E. Farling and Thomas G. Kovach of Kovach & Farling Co., LPA, 925 Leader Building, 526 Superior Avenue East, Cleveland, Ohio 44114, hereby enter an appearance as additional counsel of record for Cross-Claim Defendants MoonScoop SAS ("MoonScoop") and Mike Young Productions, LLC (n/k/a "MoonScoop, LLC" and referred to herein as "MYP"). This appearance is being made solely with respect to MoonScoop's and MYP's capacity as Cross-Claim Defendants against the claims asserted by Cookie Jar Entertainment, Inc. and Cookie Jar Entertainment (USA), Inc. It is respectfully

requested that all orders, pleadings, motions, correspondence, and other material pertaining to this matter be served on the undersigned counsel.

This appearance is not in substitution of MoonScoop's and MYP's current counsel of record, it being understood that MoonScoop and MYP shall continue to be represented in all respects by Michael J. Garvin, Eric B. Levasseur and Jeffrey A. Yeager of Hahn Loeser & Parks LLP.

                Respectfully submitted,

                /s/ Harold E. Farling
                Harold E. Farling (0055891)
                Thomas G. Kovach (0047213)
                KOVACH & FARLING CO., LPA
                925 Leader Building
                526 Superior Avenue East
                Cleveland, Ohio 44114-1401
                (216) 357-3301
                (216) 357-3301 (fax)
                hfarling@kflpa.com
                tkovach@kflpa.com

                Attorneys for Cross-Claim Defendants
                MoonScoop SAS and Mike Young
                Productions, LLC

## **CERTIFICATE OF SERVICE**

A copy of the foregoing is being filed this 1st day of March, 2010 and is being served upon counsel of record by operation of the Court's electronic filing system.

                /s/ Harold E. Farling
                One of the Attorneys for Cross-Claim
                Defendants MoonScoop SAS and
                Mike Young Productions, LLC