UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, | CASE NO. 1:09CV1885 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| AMERICAN GREETINGS CORPORATION, | **NOTICE OF FILING CORRECTED EXHIBIT** |
| Defendant/Third Party Plaintiff, | |
| v. | |
| COOKIE JAR ENTERTAINMENT, INC., | |
| Third-Party Defendant/ Counterclaimant/ Crossclaimant. | |

MoonScoop SAS ("MoonScoop") and Mike Young Productions, LLC ("MYP") hereby give notice of filing a corrected Exhibit No. 3 to MoonScoop and MYP's Motion for Partial Summary Judgment Against American Greetings Corporation and Those Characters From Cleveland, Inc. (ECF # 87-3).

As set forth in MoonScoop and MYP's Motion for Partial Summary Judgment, MoonScoop and MYP intended to attach as Exhibit No. 3 to their Motion the First Amended Complaint filed by AG in the related action, *American Greetings Corporation v. Cookie Jar Entertainment, Inc. et al.*, Case No. 1:09cv1056. (*See* Motion at p. 8). Instead, MoonScoop inadvertently attached as Exhibit No. 3 the First Amended Complaint that it filed in the present action, instead of the First Amended Complaint filed by AG in Case No. 1:09cv1056.

A copy of the First Amended Complaint filed by AG in Case No. 1:09cv1056 is attached as Exhibit A hereto.

Respectfully submitted,

/s/ Eric B. Levasseur
Michael J. Garvin (0025394)
mjgarvin@hahnlaw.com
Eric B. Levasseur (0075353)
eblevasseur@hahnlaw.com
Jeffrey A. Yeager (0068062)
jyeager@hahnlaw.com

HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216-621-0150
Facsimile: 216-241-2824

*Attorneys for Plaintiffs/Crossclaim Defendants MoonScoop SAS and Mike Young Productions, LLC*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically this 1st day of March, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Eric B. Levasseur
*One of the Attorneys for Plaintiffs/Crossclaim Defendants MoonScoop SAS and Mike Young Productions, LLC*