## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AMERICAN GREETINGS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Case Nos. 1:09-CV 1056, 1:09-CV-1885** ) |
| COOKIE JAR ENTERTAINMENT, INC., | ) **JUDGE JAMES S. GWIN** ) ) |
| Defendant. | ) ) ) |
| _____ | ) |
| MOONSCOOP SAS, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AMERICAN GREETINGS CORPORATION, | ) ) ) |
| Defendant/Third Party Plaintiff, | ) ) ) |
| v. | ) ) |
| COOKIE JAR ENTERTAINMENT, INC., | ) ) ) |
| Third-Party Defendant. | ) ) |

### STIPULATION REGARDING DISCOVERABILITY OF EXPERT COMMUNICATIONS

The parties stipulate that communications to or from their expert witnesses or drafts of reports prepared by their expert witnesses shall not be discoverable. This provision shall

CLE - 2576981.1

not otherwise prevent the parties from seeking discovery of materials on which any expert has relied in preparing his or her reports or forming his or her opinions.

| | |
|---|---|
| /s/ Damond R. Mace <br> Damond R. Mace (0017102) <br> dmace@ssd.com <br> Steven A. Friedman (0060001) <br> sfriedman@ssd.com <br> Donald W. Herbe (0076500) <br> dherbe@ssd.com <br> SQUIRE, SANDERS & DEMPSEY L.L.P. <br> 4900 KeyTower <br> 127 Public Square <br> Cleveland, Ohio  44114 <br> Phone:  (216) 479-8500 <br> Fax:  (216) 479-8780 <br><br> *Attorneys for American Greetings Corporation and Those Characters From Cleveland, Inc.* <br><br> /s/ David H.Wallace <br> David H. Wallace (0037210) <br> dwallace@taftlaw.com <br> Michael J. Zbiegien, Jr. (0078352) <br> mzbiegien@taftlaw.com <br> Julie A. Crocker (0081231) <br> jcrocker@taftlaw.com <br> TAFT STETTINIUS & HOLLISTER LLP <br> 200 Public Square, Suite 3500 <br> Cleveland, Ohio  44114-2302 <br> Telephone:  216-241-2838 <br> Fax:  216-241-3707 <br><br> Robert M. Abrahams <br> Dana M. Roth <br> SCHULTE ROTH & ZABEL LLP <br> 919 Third Avenue <br> New York, New York  10022 <br> Telephone: 212-756-2000 <br> Fax:  212-593-5955 <br><br> *Attorneys for Cookie Jar Entertainment Inc., Cookie Jar Entertainment Holdings (USA) Inc., and Cookie Jar Entertainment (USA) Inc.* | /s/ Michael J. Garvin <br> Michael J. Garvin (0025394) <br> mjgarvin@hahnlaw.com <br> Eric B. Levasseur (0075353) <br> eblevasseur@hahnlaw.com <br> Jeffrey A. Yeager (0068062) <br> jyeager@hahnlaw.com <br> HAHN LOESER & PARKS LLP <br> 200 Public Square, Suite 2800 <br> Cleveland, Ohio  44114-2316 <br> Telephone:  216-621-0150 <br> Facsimile:  216-241-2824 <br><br> /s/ Harold E. Farling <br> Harold E. Farling (0055891) <br> Thomas G. Kovach (0047213) <br> KOVACH & FARLING CO., LPA <br> 925 Leader Building <br> 526 Superior Avenue East <br> Cleveland, Ohio 44114-1401 <br> (216) 357-3301 <br> (216) 357-3301 (fax) <br> hfarling@kflpa.com <br><br> *Attorneys for MoonScoop SAS and New Third Party Crossclaim Defendant Mike Young Productions, LLC* |

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically this 16th day of March, 2010.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Michael J. Garvin
*One of the Attorneys for Plaintiffs/Crossclaim Defendants MoonScoop SAS and Mike Young Productions, LLC*