UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMERICAN GREETINGS CORPORATION, *et al.*, | ) ) Case No.: 1:08 CV 1533 |
| Plaintiffs | ) ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) |
| DIC ENTERTAINMENT CORPORATION, *et al.*, | ) ) ) |
| Defendants | ) ORDER |

The court held a telephonic conference on the record with counsel for the parties in the within case on July 18, 2008, at 3:30 p.m., regarding the parties' discovery dispute, wherein DIC Entertainment Holdings, Inc. noticed the deposition of Jeffrey Dunn ("Dunn"), an independent member of American Greetings' Board of Directors and Chairman of HIT Entertainment. American Greetings objected to deposing Dunn through notice on American Greetings, indicating that: (1) an independent director is not subject to the notice provisions of Federal Rule of Civil Procedure 30 (b)(1); and (2) Dunn's testimony is not relevant in this case.

After hearing from both parties, the court concluded that a member of a corporation's Board of Directors, whether independent or not, may be deposed by serving notice on the corporation in accordance with Rule 30(b)(1). The court also found that Dunn may have relevant information as to the issue of whether there was a breach of contract by American Greetings, for the reasons stated


EXHIBIT B

on the record. Accordingly, the court orders that Dunn, who is currently in London, England, may be deposed by telephone for no more than 1-1/2 hours. Dunn shall determine whether counsel for American Greetings and/or counsel for HIT Entertainment shall be present for the deposition. The parties shall agree upon the date and time that the deposition will take place.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 21, 2008