| | |
|---|---|
| From: | Jeff Dunn |
| Sent: | Thursday, January 15, 2009 05:13 PM |
| To: | JM Josef Mandelbaum (5002) |
| Subject: | RE: Touching base |

No, I haven't spoke to them yet, Josef.

Been up to other things. I am also digesting the news that you feel positive that they won't do a new deal before the sale. This means that we are reverting to the old deal, which means they take 50% of all of your licensing revenues. This substantially reduces the value of what is to be sold. I have asked Meir to look at your former projections at the old deal rates.

From: JM Josef Mandelbaum (5002) [mailto:josefm@ag.com]
Sent: Wednesday, January 14, 2009 10:41 PM
To: Jeff Dunn
Subject: Touching base

Hi Jeff,

I hope you had a good weekend. I am actually in NY and can stop by tomorrow morning if it would be helpful. Did you speak to Hasbro?

Josef
-------------------------------
Please excuse any typos this is being sent using my BlackBerry

The contents of this e-mail from HIT Entertainment Limited
are confidential and intended for the addressee only.
If you are not the intended recipient you must not copy or
further distribute this e-mail, and delete this message from
your computer system. This email has been scanned by the Postini Email
Security System. HIT Entertainment Limited, Registered in England No:
2341947, Registered Office: Maple House 149 Tottenham Court Road London
W1T 7NF United Kingdom.



EXHIBIT C

CONFIDENTIAL

AG002074