MINUTES OF PROCEEDINGS


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO


| | |
|---|---|
| Date: | 4/15/10 |
| Judge: | James S. Gwin |
| Case No.: | 1:09cv01056 and |
| | 1:09cv01885 |
| Court Reporter: | None |


AMERICAN GREETINGS CORP., ET AL.,　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
COOKIE JAR ENTERTAINMENT, INC., ET AL.,　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　　)

　　　　　　　　AND

MOONSCOOP SAS,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
AMERICAN GREETINGS CORP.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　　)

2010 APR 15 PM 3: 21
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON
FILED

MATTERS CONSIDERED: Telephone conference call with counsel re: discovery dispute.


TOTAL TIME: 5 min.

Courtroom Deputy Clerk