UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
AMERICAN GREETINGS CORP., ET AL.,:     CASE NO. 1:09CV01056
:     and 1:09CV01885
       Plaintiffs, :
:
vs. :
:
COOKIE JAR ENTERTAINMENT, INC., :
ET AL., :
:
       Defendants. :

           AND     ORDER [Resolving Doc. 74 on
    Case No. 1:09cv01056 and Doc.
MOONSCOOP SAS, :     115 on Case No. 1:09cv01885]
:
       Plaintiff, :
:
vs. :
:
AMERICAN GREETINGS CORP., :
:
       Defendant. :
:
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

       These cases came before the Court for a conference call with counsel on the matter of a letter filed by the Cookie Jar Defendants concerning a discovery dispute relating to the deposition of Jeffrey D. Dunn. The Court instructed counsel that American Greetings make

-2-

Jeffrey D. Dunn available for deposition and that the deposition be limited to two (2) h ours.

**IT IS SO ORDERED.**


Dated: April 16, 2010                  *s/    James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE