MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 4/21/10 |
| Judge: | James S. Gwin |
| Case No.: | 1:09cv01056 and 1:09cv01885 |
| Court Reporter: | None |

AMERICAN GREETINGS CORP., )
ET AL.,                    )
                           )
    Plaintiffs,          )
                           )
vs.                        )
                           )
COOKIE JAR ENTERTAIN-      )
MENT, INC., ET AL.,        )
                           )
    Defendants.          )

and

MOONSCOOP SAS,             )
                           )
    Plaintiff,           )
                           )
vs.                        )
                           )
AMERICAN GREETINGS         )
CORP.,                     )
                           )
    Defendant.           )

MATTERS CONSIDERED: Conference call with counsel concerning discovery dispute.

TOTAL TIME: 15 min.                *s/    Gwen Mackey*
                                                   Courtroom Deputy Clerk