# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **AMERICAN GREETINGS CORP., ET AL.,** | ) ) | **CASE NO. 1:09CV01056 and 1:09cv01885** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **COOKIE JAR ENTERTAINMENT, INC., ET AL.,** | ) ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **Defendants.** | ) | |
| **and** | | **NOTICE** |
| **MOONSCOOP SAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **AMERICAN GREETINGS CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**TAKE NOTICE** that the above-captioned cases have been scheduled for status conference before the Honorable James S. Gwin, United States District Judge, on April 23, 2010, at 10:00 a.m., **Carl B. Stokes U.S. Courthouse, 801 W. Superior Ave., Chambers 18A, Cleveland, Ohio.** Party representatives may attend in person or via telephone. If attending via

telephone: dial 216-357-4500, enter Conference Room No. 8049; enter Pin No. 7112.

                                                **GERI M. SMITH**
                                                **Clerk of Court**

By:   *s/ Gwen Mackey*
        Gwen Mackey
        Courtroom Deputy
        330-252-6050