MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Date: 4/23/10
Judge: James S. Gwin
Case No.: 1:09cv01056 and
1:09cv01885
Court Reporter: None

AMERICAN GREETINGS CORP., )
ET AL., )
)
    Plaintiffs, )
)
vs. )
)
COOKIE JAR ENTERTAIN- )
MENT, INC., ET AL., )
)
    Defendants. )

and

MOONSCOOP SAS, )
)
    Plaintiff, )
)
vs. )
)
AMERICAN GREETINGS )
CORP., )
)
    Defendant. )

FILED
2010 APR 23 PM 6:23
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

MATTERS CONSIDERED: Stauts conference.

TOTAL TIME: 6 hrs. 30 min.

_____
Courtroom Deputy Clerk