**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **AMERICAN GREETINGS CORPORATION**, *et al.*, | ) | **CASE NO. 1:09CV1056** |
| | ) | |
| | ) | **JUDGE JAMES S. GWIN** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **COOKIE JAR ENTERTAINMENT INC.**, *et al.*, | ) | |
| | ) | |
| Defendants-Counterclaimants. | ) | |
| | | |
| **MOONSCOOP SAS,** | ) | **CASE NO. 1:09CV1885** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| v. | ) | |
| | ) | |
| **AMERICAN GREETINGS CORPORATION,** | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **COOKIE JAR ENTERTAINMENT INC.,** | ) | |
| | ) | |
| Third-Party Defendant/ Counterclaimant/ Crossclaimant | ) | |

---

**Cookie Jar Entertainment Inc., Cookie Jar Entertainment Holdings (USA) Inc., and Cookie Jar Entertainment (USA) Inc.'s Notice of Filing the Expert Report of Christopher M. James, Ph.D. and Notice of Serving the Expert Report of Professor Mark Weinstein**

Cookie Jar Entertainment Inc., Cookie Jar Entertainment Holdings (USA) Inc., and

Cookie Jar Entertainment (USA) Inc. (collectively "Cookie Jar") hereby give notice of their

filing of the expert report of Christopher M. James, Ph.D, a copy of which is attached as Exhibit

A. In addition, Cookie Jar also gives notice of its serving the expert report of Professor Mark Weinstein on all counsel of record in the above-captioned matters.[1]

Dated: April 26, 2010　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 _/s/ Michael J. Zbiegien, Jr._____ __
　　　　　　　　　　　　　　　　　　　　　　　David H. Wallace (0037210)
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Zbiegien Jr. (0078352)
　　　　　　　　　　　　　　　　　　　　　　　Julie A. Crocker (0081231)
　　　　　　　　　　　　　　　　　　　　　　　TAFT STETTINIUS & HOLLISTER LLP
　　　　　　　　　　　　　　　　　　　　　　　200 Public Square, Suite 3500
　　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44114-2302
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 216.241.2838
　　　　　　　　　　　　　　　　　　　　　　　Fax: 216.241.3707
　　　　　　　　　　　　　　　　　　　　　　　dwallace@taftlaw.com
　　　　　　　　　　　　　　　　　　　　　　　mzbiegien@taftlaw.com
　　　　　　　　　　　　　　　　　　　　　　　jcrocker@taftlaw.com

　　　　　　　　　　　　　　　　　　　　　　　Robert M. Abrahams
　　　　　　　　　　　　　　　　　　　　　　　Dana M. Roth
　　　　　　　　　　　　　　　　　　　　　　　SCHULTE ROTH & ZABEL LLP
　　　　　　　　　　　　　　　　　　　　　　　919 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 212.756.2000
　　　　　　　　　　　　　　　　　　　　　　　Fax: 212.593.5955

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Cookie Jar Entertainment Inc.,
　　　　　　　　　　　　　　　　　　　　　　　Cookie Jar Entertainment Holdings (USA) Inc.,
　　　　　　　　　　　　　　　　　　　　　　　and Cookie Jar Entertainment (USA) Inc.

---

[1] Cookie Jar is concurrently filing a motion for leave to file Professor Weinstein's report under seal.

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, a true and correct copy of the foregoing document was filed electronically. Notification of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         */s/ Michael J. Zbiegien, Jr.*
                                         Michael J. Zbiegien, Jr.

71340735