IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE 1:09-CV-01885-JG |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GREETINGS CORPORATION, | ) | **NOTICE OF SERVICE OF REBUTTAL EXPERT REPORT** |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 26(a)(2) and this Court's December 14, 2009 Order, American Greetings Corporation and Those Characters From Cleveland, Inc. provide notice of service on April 26, 2010 of the rebuttal expert report of Robert M. Brlas, CPA/CFF, CMA, CIRA, CAMS, a copy of which is attached hereto as Exhibit A.

/s/ Steven A. Friedman
Damond R. Mace (0017102)
*dmace@ssd.com*
Steven A. Friedman (0060001)
*sfriedman@ssd.com*
Donald W. Herbe (0076500)
*dherbe@ssd.com*
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Phone: (216) 479-8500
Fax: (216) 479-8780

Attorneys for American Greetings Corporation
and Those Characters From Cleveland, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2010, a copy of foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David H. Wallace, Esq.  
Taft Stettinius & Hollister LLP  
200 Public Square  
Suite 3500  
Cleveland, OH 44114-2302

Michael J. Garvin, Esq.  
Hahn Loeser  
200 Public Square  
Suite 2800  
Cleveland, OH 44114

/s/ Steven A. Friedman  
One of the Attorneys for American Greetings Corporation and Those Characters From Cleveland, Inc.