# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OHIO

| | |
|---|---|
| **AMERICAN GREETINGS CORP., ET AL.,** ) | **CASE NOS. 1:09CV1056** |
| ) | **1:09CV1885** |
|     **Plaintiffs,** ) | |
| ) | |
|  **vs.** ) | **JUDGE JAMES S. GWIN** |
| ) | |
| **COOKIE JAR ENTERTAINMENT, INC., ET AL.,** ) | **NOTICE** |
| ) | |
|     **Defendants.** ) | |
|  **and** | |
| **MOONSCOOP SAS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|  **vs.** ) | |
| ) | |
| **AMERICAN GREETINGS CORP.,** ) | |
| ) | |
|     **Defendant.** ) | |

**TAKE NOTICE** that the above-captioned cases have been scheduled for a telephonic status conference with the Honorable James S. Gwin, United States District Judge on Monday, May 3, 2010 at 3:00 p.m. Lead counsel for parties are directed to contact the Court at 216-357-4500, enter Conference Room No. 8049, and enter Pin No. 7112.

          **GERI M. SMITH**
**Clerk of Court**

By:   *s/  Heather R. Sherer, Deputy Clerk,  for*

Gwen Mackey
Courtroom Deputy
330-252-6050