MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 05/03/2010 |
| Judge: | James S. Gwin |
| Case Nos.: | 1:09cv1056 |
|  | 1:09cv1885 |
| Court Reporter: | None |

AMERICAN GREETINGS CORP.,  )
ET AL.,                                          )
                                                      )
     Plaintiffs,                          )
                                                      )
  vs.                                            )
                                                      )
COOKIE JAR ENTERTAINMENT,   )
INC., ET AL.,                                 )
                                                      )
     Defendants.                        )

   and

MOONSCOOP SAS,                        )
                                                      )
     Plaintiff,                            )
                                                      )
  vs.                                            )
                                                      )
AMERICAN GREETINGS CORP.,    )
                                                      )
     Defendant.                          )

MATTERS CONSIDERED: Telephonic Status Conference.

TOTAL TIME: 11 min.                      *s/     Heather R. Sherer for*
                                                       Gwen Mackey, Courtroom Deputy
                                                       Clerk