Motion denied as moot on 05/03/10.
s/ James S. Gwin
JAMES S. GWIN
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, | ) CASE NO. 1:09CV1885 |
| ) | |
| Plaintiff, | ) JUDGE JAMES S. GWIN |
| ) | |
| v. | ) |
| ) | |
| AMERICAN GREETINGS CORPORATION, | ) **PLAINTIFF'S REQUEST FOR STATUS** |
| ) | **CONFERENCE FOLLOWING CLOSE** |
| Defendant/Third Party Plaintiff, | ) **OF DISPOSITIVE MOTIONS AND** |
| ) | **REQUEST TO EXCUSE PARTY** |
| v. | ) **ATTENDANCE AT FEBRUARY 17** |
| ) | **STATUS CONFERENCE** |
| COOKIE JAR ENTERTAINMENT, INC., | ) |
| ) | |
| Third-Party Defendant/ | ) |
| Counterclaimant/ | ) |
| Crossclaimant. | ) |

To afford the parties a meaningful opportunity to consider the arguments raised in the dispositive motions prior to their next substantive meeting, Plaintiff/Crossclaim-Defendant MoonScoop SAS ("MoonScoop") and Crossclaim Defendant Mike Young Productions, LLC ("MYP") respectfully request that the Court (1) excuse the personal attendance of party representatives at the currently-scheduled February 17, 2010 Status Conference, and (2) schedule a second Status Conference at the Court's first-available date following close of the dispositive motion briefing on March 8, 2010, with party representatives to be present.

As grounds for this Motion, MoonScoop and MYP state that discovery is currently proceeding and dispositive motion briefing in this action will conclude on March 8. The present February 17 Status Conference falls in the midst of the dispositive motion briefing period, and will require the parties to appear prior to being fully informed of each parties' respective

CLE - 2294063.1