IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, | CASE 1:09CV01885 |
| Plaintiff, | JUDGE JAMES GWIN |
| v. | |
| AMERICAN GREETINGS CORPORATION, | STIPULATED MOTION TO DISMISS ALL THIRD PARTY CLAIMS AND ALL THIRD PARTY COUNTERCLAIMS AND/OR CROSS-CLAIMS WITHOUT PREJUDICE PURSUANT TO CIVIL RULE 41(a)(2) |
| Defendant/Third Party Plaintiff, | |
| v. | |
| COOKIE JAR ENTERTAINMENT INC., et al., | |
| Third Party Defendant/ Counterclaimants/ Cross-claimants | |

Pursuant to Civil Rule 41(a)(2), Third-Party Plaintiff American Greetings Corporation ("AG") and Third-Party Counterclaimants and Cross-Claimants Cookie Jar Entertainment Inc., and Cookie Jar Entertainment (USA) Inc. (collectively "Cookie Jar") hereby stipulate to the dismissal, to the extent any are pending, of all third-party claims filed by AG, and all third-party counterclaims and third-party cross-claims filed by Cookie Jar, without prejudice, with each party to bear its own costs.  For clarity, this motion includes the dismissal without prejudice of all cross-claims against parties not entering into this stipulated motion.

AG and Cookie Jar, and their affiliates, have settled the third-party claims and third-party counterclaims and cross-claims asserted by them in this action pursuant to

the terms of the attached settlement agreement, which was reached in conjunction with the Court's settlement efforts. The parties further stipulate that this Court shall retain jurisdiction through N.D. Ohio Case No. 1:09CV1056 to enforce this settlement agreement.

Accordingly, AG and Cookie Jar respectfully request the Court enter an Order dismissing all third-party claims and all third-party counterclaims and cross-claims in this action without prejudice pursuant to Civil Rule 41(a)(2).

Respectfully submitted,

| | |
|---|---|
| s/*Steven A. Friedman* | s/*David H. Wallace* |
| Damond R. Mace (0017102) | David H. Wallace (0037210) |
| *dmace@ssd.com* | *dwallace@taftlaw.com* |
| Steven A. Friedman (0060001) | Michael J. Zbiegien, Jr. (0078352) |
| *sfriedman@ssd.com* | *mzbiegien@taftlaw com* |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | TAFT STETTINIUS & HOLLISTER LLP |
| 4900 Key Tower | 200 Public Square, Suite 3500 |
| 127 Public Square | Cleveland, Ohio 44114 |
| Cleveland, Ohio  44114 | Phone: (216) 241-2838 |
| Phone:  (216) 479-8500 | Fax: (216) 241-3707 |
| Fax:  (216) 479-8780 | |
| | |
| Attorneys for American Greetings Corporation | Attorneys for Cookie Jar Entertainment, Inc. and Cookie Jar Entertainment (USA) Inc. |

This stipulated motion is accepted by the Court, and it is so Ordered.

_____
Judge James Gwin

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, a copy of foregoing was filed electronically. Notice of this filing is being sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Steven A. Friedman*
One of the Attorneys for American Greetings Corporation and Those Characters From Cleveland, Inc.