Motion granted 5/19/10.
s/  James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, | CASE 1:09CV01885 |
| Plaintiff, | JUDGE JAMES GWIN |
| v. | |
| AMERICAN GREETINGS CORPORATION, | STIPULATED MOTION TO DISMISS ALL THIRD PARTY CLAIMS AND ALL THIRD PARTY COUNTERCLAIMS AND/OR CROSS-CLAIMS WITHOUT PREJUDICE PURSUANT TO CIVIL RULE 41(a)(2) |
| Defendant/Third Party Plaintiff, | |
| v. | |
| COOKIE JAR ENTERTAINMENT INC., et al., | |
| Third Party Defendant/ Counterclaimants/ Cross-claimants | |

Pursuant to Civil Rule 41(a)(2), Third-Party Plaintiff American Greetings Corporation ("AG") and Third-Party Counterclaimants and Cross-Claimants Cookie Jar Entertainment Inc., and Cookie Jar Entertainment (USA) Inc. (collectively "Cookie Jar") hereby stipulate to the dismissal, to the extent any are pending, of all third-party claims filed by AG, and all third-party counterclaims and third-party cross-claims filed by Cookie Jar, without prejudice, with each party to bear its own costs. For clarity, this motion includes the dismissal without prejudice of all cross-claims against parties not entering into this stipulated motion.

AG and Cookie Jar, and their affiliates, have settled the third-party claims and third-party counterclaims and cross-claims asserted by them in this action pursuant to