UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, *et al.*, ) | CASE NO. 1:09CV1885 |
| ) | |
| Plaintiffs, ) | JUDGE JAMES S. GWIN |
| ) | |
| v. ) | |
| ) | |
| AMERICAN GREETINGS CORPORATION, ) | |
| *et al.*, ) | **NOTICE OF APPEAL** |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| COOKIE JAR ENTERTAINMENT, INC., *et al.*, ) | |
| ) | |
| Third-Party Defendants/ ) | |
| Counterclaimants/ ) | |
| Crossclaimants. ) | |

NOTICE IS HEREBY GIVEN that Plaintiffs MoonScoop SAS and Mike Young Productions, LLC, being all of the Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment of the District Court entered May 19, 2010 (Dkt. # 137), including all interlocutory orders and judgments merged therein, including but not limited to the Memorandum Opinion & Order of the District Court entered April 27, 2010 (Dkt. # 124).

CLE - 2760006.1

Respectfully submitted,

/s/ Michael J. Garvin
Michael J. Garvin (0025394)
mjgarvin@hahnlaw.com
Eric B. Levasseur (0075353)
eblevasseur@hahnlaw.com
Jeffrey A. Yeager (0068062)
jyeager@hahnlaw.com

HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216-621-0150
Facsimile: 216-241-2824

*Attorneys for MoonScoop SAS and Mike Young Productions, LLC*

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically this 21st day of May, 2010.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Michael J. Garvin
*One of the Attorneys for MoonScoop SAS*
*and Mike Young Productions, LLC*