IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOONSCOOP SAS, *et al.* | ) CASE 1:09-CV-01885-JG |
| Plaintiffs, | ) JUDGE JAMES GWIN |
| v. | ) |
| AMERICAN GREETINGS CORPORATION, *et al.* | ) **NOTICE OF CROSS-APPEAL** |
| Defendants, | ) |

Pursuant to Fed. R. App. P. 3 and 4, notice is given that American Greetings Corporation and Those Characters From Cleveland, Inc. ("Defendants") hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment of the District Court entered on May 19, 2010 (Dckt. No. 137), and all related rulings merged therein, including but not limited to the District Court's ruling that these Defendants are required to defend and indemnify Plaintiffs with respect to the crossclaims asserted against Plaintiffs by Cookie Jar Entertainment, Inc. and its affiliates. (Dckt. No. 124.)

Respectfully submitted,


*s/Damond R. Mace*
Damond R. Mace (0017102)
*dmace@ssd.com*
Steven A. Friedman (0060001)
*sfriedman@ssd.com*
Donald W. Herbe (0076500)
*dherbe@ssd.com*
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
Phone:  (216) 479-8500
Fax:  (216) 479-8780

Attorneys for American Greetings Corporation
and Those Characters From Cleveland, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2010, a copy of foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*s/Damond R. Mace*
One of the Attorneys for American
Greetings Corporation and Those
Characters From Cleveland, Inc.
