# TRANSMISSION FORM

| | |
|---|---|
| District Court | District Court No.  1:09cv1885 |
| NORTHERN OHIO, EASTERN DIVISION, Cleveland | USCA No.  **10-3668** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME: Michael J. Garvin |
| | FIRM NAME: Hahn, Loeser & Parks - Cleveland |
| 1) MOONSCOOP SAS | ADDRESS: 2800 BP Tower |
| 2) MIKE YOUNG PRODUCTIONS, LLC | 200 Public Square |
| | Cleveland, OH. 44114 |
| PLAINTIFF - APPELLANTS | TELEPHONE: 216-621-0150 |
| v. | CURRENT COUNSEL FOR DEFENDANT |
| | NAME: Donald W. Herbe |
| AMERICAN GREETINGS CORPORATION, et al. | FIRM NAME: Squire, Sanders & Dempsey |
| | ADDRESS: 4900 Key Tower |
| DEFENDANT - Appellees | 127 Public Square |
| | Cleveland, OH. 44114 |
| | TELEPHONE: 216-479-8777 |

If Habeas Corpus, Certificate of Appealability is:  ( ) granted   ( ) denied   ( ) pending

Criminal Defendant:  ( ) on bond   ( ) incarcerated   ( ) on probation

Fees:  District Court & USCA Fee Paid:  (X) yes   ( ) no   ( ) not required
       Pauper Status:  ( ) granted   ( ) denied   ( ) pending
       Affidavit of Financial Status Filed:  ( ) yes   ( ) no

Counsel:   ( ) appointed   (X) retained   ( ) pro se

District Court Judge: Gwin          Court Reporter: NONE

Any hearing or trial  (X) yes   ( ) no    If yes, dates  11/16/09; 12/11/09; 12/16/09; 2/17/10; 4/15/10; 4/21/10; 4/23/10 and 5/3/10.

FROM  Shawn Harrigan          DATE  MAY 24, 2010

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___ volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this ___ day of _____, **2010**. Clerk, GERI M. SMITH, U.S. District Court