# TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No.  1:09cv1885<br>USCA No.  **10-3693** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME: Michael J. Garvin |
| | FIRM NAME: Hahn, Loeser & Parks - Cleveland |
| MOONSCOOP SAS | ADDRESS:   2800 BP Tower |
| | 200 Public Square |
| | Cleveland, OH.  44114 |
| PLAINTIFF - Appellees | TELEPHONE:   216-621-0150 |
| v. | CURRENT COUNSEL FOR DEFENDANT |
| | NAME:   Damond R. Mace |
| 1) AMERICAN GREETINGS CORPORATION | FIRM NAME: Squire, Sanders & Dempsey |
| 2) THOSE CHARACTERS FROM CLEVELAND, INC. | ADDRESS:   4900 Key Tower |
| | 127 Public Square |
| | Cleveland, OH.  44114 |
| DEFENDANT - APPELLANTS | TELEPHONE:   216-479-8500 |

If Habeas Corpus, Certificate of Appealability is:   ( ) granted    ( ) denied    ( ) pending

Criminal Defendant:  ( ) on bond    ( ) incarcerated    ( ) on probation

Fees:   District Court & USCA Fee Paid:    (X) yes    ( ) no    ( ) not required
        Pauper Status:           ( ) granted    ( ) denied    ( ) pending
        Affidavit of Financial Status Filed:   ( ) yes    ( ) no

Counsel:    ( ) appointed    (X) retained    ( ) pro se

District Court Judge: Gwin            Court Reporter: NONE

Any hearing or trial  (X) yes  ( ) no    If yes, dates  11/16/09; 12/11/09; 12/16/09; 2/17/10; 4/15/10; 4/21/10; 4/23/10 and 5/3/10.

FROM   Shawn Harrigan             DATE    JUNE 3, 2010

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2010**. Clerk, GERI M. SMITH, U.S. District Court