# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 10-3668/10-3693
_____

Filed: August 14, 2012

MOONSCOOP SAS;
MIKE YOUNG PRODUCTIONS, LLC, nka MoonScoop, LLC

    Plaintiffs - Appellants / Cross - Appellees

v.

                                                   1:09cv1885 JG

AMERICAN GREETINGS CORPORATION;
THOSE CHARACTERS FROM CLEVELAND, INC.;

    Defendants - Appellees / Cross - Appellants

COOKIE JAR ENTERTAINMENT (USA), INC.

    Defendant - Appellee (Case Nos. 10-3668/3693)

## MANDATE

  Pursuant to the court's disposition that was filed 07/16/2012 the mandate for this case hereby issues today.  Reverses, Affirms and Remands.

COSTS:  None