# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MOONSCOOP SAS,** | ) | **CASE NO. 1:09CV01885** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **NOTICE OF HEARING** |
| | ) | |
| **AMERICAN GREETINGS CORPORATION, ET AL,** | ) ) | |
| | ) | |
| Defendants. | ) | |

**TAKE NOTICE** that the above-captioned case has been scheduled for status conference before the Honorable James S. Gwin, United States District Judge, on August 30, 2012, at 8:30 a.m., **Carl B. Stokes U.S. Courthouse, 801 W. Superior Ave., Courtroom 18A, Cleveland, Ohio.** **COUNSEL, PARTIES AND INDIVIDUALS WITH FULL SETTLEMENT AUTHORITY ARE REQUIRED TO ATTEND.**

       **GERI M. SMITH**
       **Clerk of Court**

By: *s/ Gwen Mackey*
      Gwen Mackey
      Courtroom Deputy
      (216) 357-7217