MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 8/30/12 |
| Judge: | James S. Gwin |
| Case No.: | 1:09cv01885 |
| Court Reporter: | None |

MOONSCOOP SAS,                )
                              )
    Plaintiff,            )
                              )
vs.                           )
                              )
AMERICAN GREETINGS            )
CORPORATION,                  )
                              )
    Defendant.            )

MATTERS CONSIDERED: Status conference.

TOTAL TIME: 37 min.                    *s/     Gwen Mackey*
                                                                          Courtroom Deputy Clerk