## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MOONSCOOP SAS,** | ) | **CASE NO. 1:09CV01885** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **NOTICE** |
| | ) | |
| **AMERICAN GREETINGS CORPORATION,** | ) ) | |
| | ) | |
| Defendant. | ) | |

**TAKE NOTICE** that pursuant to the status conference conducted on August 30, 2012, this case is assigned for final pretrial on October 31, 2012, at 4:00 p.m., Chambers 18A (Cleveland). All counsel, parties and individuals with full settlement authority are required to attend the final pretrial conference. The jury trial is scheduled for November 5, 2012, at 8:00 a.m., on a two-week standby basis in Courtroom 18A (Cleveland).

The Court, to assist the parties in trial preparation, attaches to this notice a copy of the Court's **trial order form** as the requirements for the submission of exhibits has been modified

since the issuing of the original trial order in this case.  Counsel are encouraged to review the

entire **form**.

                                              **JAMES S. GWIN**
                                              **UNITED STATES DISTRICT JUDGE**

By:    *s/   Gwen Mackey*
          Gwen Mackey
          Courtroom Deputy
          (216) 357-7217