IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **COUNSEL** |
| AMERICAN GREETINGS | ) | |
| CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Steven J. Mintz of the law firm of Hahn Loeser & Parks LLP hereby enters an appearance as additional counsel of record for Plaintiff MoonScoop SAS in the above captioned action.  All pleadings, motions, notices, orders and all other matters relating the above captioned action should be served upon Steve J. Mintz at the undersigned address.

    Respectfully submitted,

    /s/ Steven J. Mintz
    Michael J. Garvin (0025394)
    mjgarvin@hahnlaw.com
    Steven J. Mintz  (0042046)
    sjmintz@hahnlaw.com
    Eric B. Levasseur (0075353)
    eblevasseur@hahnlaw.com

    HAHN LOESER & PARKS LLP
    200 Public Square, Suite 2800
    Cleveland, Ohio  44114-2316
    Telephone:  216-621-0150
    Facsimile:  216-241-2824

    *Attorneys for Plaintiff MoonScoop SAS*

5053940.1

**CERTIFICATE OF SERVICE**

  I certify that the foregoing *Notice of Appearance of Counsel* was filed electronically this 8th day of October, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ Steven J. Mintz
                *One of the Attorneys for Plaintiff MoonScoop SAS*