UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION FOR EXTENSION** |
| vs. | ) | **OF TIME TO FILE DEPOSITION** |
| | ) | **DESIGNATIONS** |
| AMERICAN GREETINGS CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff MoonScoop SAS ("MoonScoop") and Defendant American Greetings Corporation ("AG") hereby jointly move the Court for an extension of time, up through and including November 7, 2012, within which to file any depositions and the designated portions thereof to be read at trial.

Pursuant to the Court's August 30, 2012 Notice and Order (Docket No. 148), if the parties intend to offer any deposition testimony in evidence at trial, they must file the depositions and the portions to be read "by the time of the final pretrial conference[.]" (Docket No. 148-1, p. 6). The final pretrial conference for this case will be held on October 31, 2012. (*Id.*)

As grounds for this Joint Motion, MoonScoop and AG state that they have been cooperating in scheduling and deposing a number of fact witnesses over the past few weeks leading up to the final pretrial conference. However, the parties may not obtain final copies of the deposition transcripts in time to submit them, along with the portions to be read at trial, by October 31, 2012. This is the parties' first request for an extension of the deposition filing and designation deadline, and the requested extension will not serve to prejudice either party.

5087634.1

2

Moreover, the parties note that while trial was originally scheduled for November 5, 2012 (Docket No. 148), it has since been rescheduled to November 13, 2012, on a two-week standby basis (Docket No. 150). Accordingly, the parties' requested extension will not necessitate a delay in the start of trial.

Therefore, for good cause shown and in the interests of justice, the parties request that they be granted an extension of time, up through and including November 7, 2012, within which to file any depositions and designated portions thereof to be read at trial.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Eric B. Levasseur | /s/ Steven A. Friedman |
| Michael J. Garvin (0025394)<br>  mjgarvin@hahnlaw.com<br>Steven J. Mintz (0042046)<br>  smintz@hahnlaw.com<br>Eric B. Levasseur (0075353)<br>  eblevasseur@hahnlaw.com | Damond R. Mace (0017102)<br>  damond.mace@squiresanders.com<br>Steven A. Friedman (0060001)<br>  steven.friedman@squiresanders.com<br><br>SQUIRE SANDERS (US) LLP<br>4900 Key Tower |
| HAHN LOESER & PARKS LLP<br>200 Public Square, Suite 2800<br>Cleveland, Ohio  44114-2316<br>Telephone:  216-621-0150<br>Facsimile:  216-241-2824 | 127 Public Square<br>Cleveland, Ohio 44114<br>Phone: (216) 479-8500<br>Fax: (216) 479-8780 |
| | *Attorneys for American Greetings Corporation* |
| *Attorneys for Plaintiffs MoonScoop SAS* | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing *Joint Motion for Extension of Time to File Deposition Designations* has been filed electronically with the Court this 24th day of October, 2012.  Service on all registered attorneys is effected by the Court's ECF system.

          Respectfully submitted,

          /s/ Eric B. Levasseur
          *One of the Attorneys for Plaintiff*
          *MoonScoop SAS*