Motion granted 10/25/12; deposition designations to be filed by 11/7/12.
s/   James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION FOR EXTENSION** |
| vs. | ) | **OF TIME TO FILE DEPOSITION** |
| | ) | **DESIGNATIONS** |
| AMERICAN GREETINGS CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff MoonScoop SAS ("MoonScoop") and Defendant American Greetings Corporation ("AG") hereby jointly move the Court for an extension of time, up through and including November 7, 2012, within which to file any depositions and the designated portions thereof to be read at trial.

Pursuant to the Court's August 30, 2012 Notice and Order (Docket No. 148), if the parties intend to offer any deposition testimony in evidence at trial, they must file the depositions and the portions to be read "by the time of the final pretrial conference[.]" (Docket No. 148-1, p. 6). The final pretrial conference for this case will be held on October 31, 2012. (*Id.*)

As grounds for this Joint Motion, MoonScoop and AG state that they have been cooperating in scheduling and deposing a number of fact witnesses over the past few weeks leading up to the final pretrial conference. However, the parties may not obtain final copies of the deposition transcripts in time to submit them, along with the portions to be read at trial, by October 31, 2012. This is the parties' first request for an extension of the deposition filing and designation deadline, and the requested extension will not serve to prejudice either party.

5087634.1