IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S UNOPPOSED MOTION** |
| | ) | **TO ALLOW CLIENT APPEAR AT** |
| AMERICAN GREETINGS | ) | **FINAL PRETRIAL BY TELEPHONE** |
| CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff MoonScoop SAS moves this Court to permit MoonScoop's representative with settlement authority to appear at the October 31, 2012 Final Pretrial Conference via telephone. MoonScoop's representative lives and works in the New York City area. Because of the impact of Hurricane Sandy, all airports in the area have been shut down through at least October 31, 2012, so MoonScoop's representative is unable to travel to Cleveland for the Final Pretrial.

MoonScoop's counsel has conferred with Defendant's counsel regarding this motion, who does not object to the requested relief.

                                            Respectfully submitted,

                                            /s/ Michael J. Garvin
                                            Michael J. Garvin (0025394)
                                            mjgarvin@hahnlaw.com
                                            Steven J. Mintz  (0042046)
                                            sjmintz@hahnlaw.com
                                            Eric B. Levasseur (0075353)
                                            eblevasseur@hahnlaw.com

                                            HAHN LOESER & PARKS LLP
                                            200 Public Square, Suite 2800
                                            Cleveland, Ohio  44114-2316
                                            Telephone:  216-621-0150
                                            Facsimile:  216-241-2824

                                            *Attorneys for Plaintiff MoonScoop SAS*

5053940.1

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically this 30th day of October, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael J. Garvin
*One of the Attorneys for Plaintiff MoonScoop SAS*

5053940.1