MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 10/31/12 |
| Judge: | James S. Gwin |
| Case No.: | 1:09cv10885 |
| Court Reporter: | None |

MOONSCOOP SAS,   )
                 )
    Plaintiff,   )
                 )
vs.              )
                 )
AMERICAN GREETINGS )
CORP.,           )
                 )
    Defendant.

MATTERS CONSIDERED: Final pretrial conference.

TOTAL TIME: 2 hrs.                    *s/    Gwen Mackey*
                                      Courtroom Deputy Clerk