UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------

| | : | |
|---|---|---|
| MOONSCOOP SAS, | : | CASE NO. 1:09CV01885 |
| Plaintiff, | : | |
| vs. | : | ORDER |
| AMERICAN GREETINGS CORP., | : | |
| Defendant. | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

      Under Federal Rule of Civil Procedure 42, this trial shall proceed in two separate parts: the Liability Phase and the Damages Phase.  During the Liability Phase, the parties shall present evidence on liability and the appropriateness of specific performance.  Each side is allotted 800 minutes during the Liability Phase.

      Following the Liability Phase, if necessary, the trial shall proceed to the Damages Phase.  Each side is allotted 300 minutes during the Damages Phase.

      IT IS SO ORDERED.

Dated: November 1, 2012                      s/    *James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE