UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **SATISFACTION OF JUDGMENT** |
| AMERICAN GREETINGS CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Mike Young Productions, LLC n/k/a MoonScoop LLC hereby acknowledges that Defendant American Greetings Corporation has fully satisfied the judgment entered by this Court on April 27, 2010 on Count III of the Second Amended and Supplemental Complaint in this action. Accordingly, the clerk is authorized to enter the judgment on Count III only as "Paid, Settled and Satisfied."

/s/ Michael J. Garvin
Michael J. Garvin (025394)
mjgarvin@hahnlaw.com
Steven J. Mintz (0042046)
smintz@hahnlaw.com
Eric B. Levasseur (0075353)
eblevasseur@hahnlaw.com
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: 216-621-0150
Facsimile: 216-241-2824

*Counsel for Plaintiff MoonScoop LLC*

5145439.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket system.

s/ Michael J. Garvin
One of the Attorneys for Plaintiffs

5145439.1