UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GREETINGS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff MoonScoop SAS requests that the Court ask the venire the following voir dire question:

Ladies and gentlemen, one of the parties to this case is a foreign business, specifically a French corporation.  In our system of justice, all parties to a lawsuit, including foreign parties, are to be treated fairly and equally.  Would any of you be unable to set aside any bias or prejudice you might have against foreign businesses and be unable to keep an open mind so as to treat a foreign party fairly and in the same way as if it was an American party?

                              Respectfully submitted,

                              s/Michael J. Garvin
                              Michael J. Garvin (0025394)
                              mjgarvin@hahnlaw.com
                              Steven J. Mintz (0042046)
                              smintz@hahnlaw.com
                              Eric B. Levasseur (0075353)
                              eblevasseur@hahnlaw.com
                              HAHN LOESER & PARKS LLP
                              200 Public Square, Suite 2800
                              Cleveland, Ohio  44114-2316
                              Telephone:  216-621-0150
                              Facsimile:  216-241-2824

                              *Attorneys for Plaintiff MoonScoop SAS*

5149597.1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Proposed Voir Dire Questions has been filed electronically with the Court this 5th day of November, 2012. Service on all registered attorneys is effected by the Court's ECF system.

s/ Michael J. Garvin
Michael J. Garvin

5149597.1