IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:09CV1885 |
| v. | ) | |
| | ) | |
| AMERICAN GREETINGS | ) | **AMERICAN GREETINGS'** |
| CORPORATION, | ) | **PROPOSED ADDITIONAL VOIR** |
| | ) | **DIRE QUESTIONS FOR COURT TO** |
| Defendant. | ) | **ASK PANEL** |

1. Have any of you purchased or sold a house, or other real estate?

    - Did any issues come up with the contract, or with closing the deal?

2. Have any of you, or your friends, family or relatives, ever had a contract dispute with someone else?

    - Did this involve you?
    - When?
    - With whom?
    - What was involved?
    - How was it resolved?

3. Do any of you live or work in Brooklyn, Ohio?

4. Does anyone have any concerns regarding American Greetings' plans to move its headquarters from Brooklyn, Ohio to Crocker Park, in Westlake, Ohio?

5. Do you belong to any civic, social, religious or other organizations or clubs?

6. Do you subscribe to any magazines?

7. What do you like to do when not working (in your leisure time)?

CLEVELAND/1313715

Respectfully submitted,

/s/ Damond R. Mace
Damond R. Mace (0017102)
  damond.mace@squiresanders.com
Steven A. Friedman (0060001)
  steven.friedman@squiresanders.com
SQUIRE SANDERS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Phone: (216) 479-8500
Fax: (216) 479-8780
*Counsel for Defendant*
*American Greetings Corporation*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 6th day of November 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket system.

s/ Damond R. Mace
One of the Attorneys for American Greetings
