EXHIBIT 66
PENGAD 800-631-6989