

**ClassicMedia**

860 Broadway, 6th Floor, New York, NY 10003  TEL (212) 659-1959  FAX (212) 659-1958

ERIC ELLENBOGEN
CO-CHAIRMAN & CEO

DIRECT  (212) 659-1970
EMAIL EE@CLASSICMEDIA.TV

November 6, 2009

Via Email

MoonScoop SAS
4, rue Alexandre Parodi
75010 Paris, France
Attention: Joel Vaturi

Re: August 14, 2009 Binding Term Sheet

Dear Joel:

Reference is made to that Binding Term Sheet (the "Binding Term Sheet") between MoonScoop SAS ("MoonScoop") and Boomerang Media, Inc. ("Classic") dated August 14, 2009. Capitalized terms contained herein shall have the meaning set forth in the Binding Term Sheet.

This letter is the "Control Notice" referred to in the Binding Term Sheet and Classic hereby elects, effective immediately, to assume control of any and all disputes regarding the AG Binding Term Sheet and/or the Properties, other than those claims for which AG is currently indemnifying MoonScoop. Pursuant to the Binding Term Sheet, from and after the date hereof MoonScoop shall not consummate the acquisition of the Properties, and shall not take any actions, enter into any agreements, engage in any conversations and/or reach any settlement or compromise of any rights with respect to the AG Binding Term Sheet, the Properties and/or AG, in each case, without the prior consent of Classic.

We look forward to continuing to work towards a resolution of the disputes regarding the AG Binding Term Sheet and the Properties.

Sincerely,

BOOMERANG MEDIA, INC.
CLASSIC MEDIA, INC

*[signature]*

Eric Ellenbogen

cc: John Engelman
    Mike Garvin, Esq.
    Eric Sondag
    Chris Zeibarth, Esq.

EXHIBIT 69

Rosen Depo
Exhibit 13

CONFIDENTIAL
MS010911