
# EXHIBIT A

PLAINTIFF'S PROPOSED INTERROGATORY No. 1

Do you find that the "drag along" provision in the 2008 Letter Agreement between American Greetings and Cookie Jar would NOT have automatically transferred all of Cookie Jar's rights in Strawberry Shortcake and Care Bears to MoonScoop if MoonScoop had paid the purchase price on June 7, 2009?

ANSWER:   (Circle one)   YES          NO

All jurors must agree, and each must sign his or her name.

_____          _____

_____          _____

_____          _____

_____          _____

If you answered YES above, then proceed to Interrogatory No. 2.

If you answered NO above, then sign the Verdict Form in favor of American Greetings.

5167518.1

PLAINTIFF'S PROPOSED INTERROGATORY No. 2

Do you find that American Greetings' failure to deliver Strawberry Shortcake and Care Bears free and clear of all liens, claims, security interests, and encumbrances from Cookie Jar by June 7, 2009 was a material breach of the Binding Term Sheet?

ANSWER:     (Circle one)     <u>YES</u>          <u>NO</u>

All jurors must agree, and each must sign his or her name.

_____          _____

_____          _____

_____          _____

_____          _____

If you answered YES above, then sign the Verdict Form in favor of MoonScoop SAS.

If you answered NO above, then sign the Verdict Form in favor of American Greetings.