UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF MOONSCOOP SAS'** |
| v. | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **REQUEST FOR REMEDY OF** |
| AMERICAN GREETINGS CORPORATION, | ) | **SPECIFIC PERFORMANCE** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff MoonScoop SAS hereby gives notice that it will not ask the Court, at the trial of

this case, for the remedy of specific performance.

Respectfully submitted,

/s/ Michael J. Garvin

Michael J. Garvin (0025394)
mjgarvin@hahnlaw.com
Steven J. Mintz (0042046)
sjmintz@hahnlaw.com
Eric B. Levasseur (0075353)
eblevasseur@hahnlaw.com

HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114-2316
Telephone:  216-621-0150
Facsimile:  216-241-2824

*Attorneys for MoonScoop SAS*

5169180.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Notice of Withdrawal of Request for Remedy of

Specific Performance has been filed electronically with the Court this 12th day of November,

2012.  Service on all registered attorneys is effected by the Court's ECF system.


s/ Michael J. Garvin
Michael J. Garvin

5169180.1