UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------

| | : | |
|---|---|---|
| MOONSCOOP SAS, | : | CASE NO. 1:09CV01885 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | ORDER |
| | : | |
| AMERICAN GREETINGS CORPORATION, | : | |
| | : | |
| Defendant. | : | |
| | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In light of plaintiff's withdrawal of the request for specific performance, the Court will not bifurcate the trial of this case as earlier ordered in Doc. 162.

IT IS SO ORDERED.


Dated: November 13, 2012         s/     *James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE