UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                    :
MOONSCOOP SAS,                     :        CASE NO. 1:09CV01885
                                                    :
     Plaintiff,                          :
                                                    :
vs.                                                :        ORDER
                                                    :
AMERICAN GREETINGS            :
CORPORATION,                         :
                                                    :
     Defendant.                         :
                                                    :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    The Court, with the entry of this order, vacates its most recent order that the trial would not be bifurcated.  The trial will be bifurcated and the time limites set forth in Doc. 162 are reimposed.

    IT IS SO ORDERED.

Dated: November 13, 2012                   s/      *James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE