**MINUTES OF JURY / BENCH TRIAL PROCEEDINGS**
**HONORABLE JAMES S. GWIN**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

<u>MOONSCOOP SAS</u>　　　　　　　　　　　Date: 11/13/12

vs.　　　　　　　　　　　　　　　　　　　Case No: 1:09CV01885

<u>AMERICAN GREETINGS CORP.</u>　　　　　Court Reporter: J. Gage

COUNSEL FOR PLAINTIFF(S):　<u>Michael J. Garvin</u>

COUNSEL FOR DEFENDANT(S):　<u>Damond R. Mace</u>

**PROCEEDINGS:**

Trial to: Court ___　　Jury _X_

Opening Statements of Counsel _X_

Pltf(s) Case:　Begun _x_　Continued and ___　Not Concluded _X_　Concluded ___

Def(s) Case:　Begun ___　Continued and ___　Not Concluded ___　Concluded ___

Testimony Taken _X_ (see Witness List)

Rebuttal of Plaintiff(s) ___　　Surrebuttal of Defendant(s) ___

Final Arguments ___　　　　　Charge to Jury ___

Jury Deliberations: Begun ___　Continued and ___　Not Concluded ___　Concluded ___

Trial Adjourned Until: 11/14/12
Total Trial Time: 5 hrs. 40 min.
Exhibits Located: JERS System
Exhibits Returned to Counsel:

Comments: Motion in Limine to Strike Certain Defenses of American Greetings denied - Doc. 168.

　　　　　　　　　　　　　　　　　　　　　　　<u>s/　　Gwen Mackey</u>
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk