**MINUTES OF JURY / BENCH TRIAL PROCEEDINGS**
**HONORABLE JAMES S. GWIN**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

MOONSCOOP SAS

vs.

AMERICAN GREETINGS CORP.

Date: 11/14/12

Case No: 1:09CV01885

Court Reporter: J. Gage

COUNSEL FOR PLAINTIFF(S): Michael J. Garvin

COUNSEL FOR DEFENDANT(S): Damond R. Mace

**PROCEEDINGS:**

Trial to: Court ___   Jury  X

Opening Statements of Counsel _____

Pltf(s) Case:   Begun___   Continued and  X   Not Concluded  X   Concluded___

Def(s) Case:    Begun___   Continued and___  Not Concluded___  Concluded___

Testimony Taken  x  (see Witness List)

Rebuttal of Plaintiff(s)___        Surrebuttal of Defendant(s)___

Final Arguments___                 Charge to Jury___

Jury Deliberations: Begun___  Continued and___  Not Concluded___  Concluded___

Trial Adjourned Until: 11/15/2012
Total Trial Time: 7 hrs. 29 min.
Exhibits Located: JERS System
Exhibits Returned to Counsel:

Comments:

*s/     Gwen Mackey*
Courtroom Deputy Clerk