**MINUTES OF JURY / BENCH TRIAL PROCEEDINGS**
**HONORABLE JAMES S. GWIN**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

MOONSCOOP SAS

vs.

AMERICAN GREETINGS CORP.

Date: 11/15/12

Case No: 1:09CV01885

Court Reporter: J. Gage

COUNSEL FOR PLAINTIFF(S):  Michael J. Garvin

COUNSEL FOR DEFENDANT(S):  Damond R. Mace

**PROCEEDINGS:**

Trial to:  Court ___     Jury  x

Opening Statements of Counsel _____

Pltf(s) Case:    Begun___   Continued and  x   Not Concluded___   Concluded  x

Def(s) Case:    Begun  x   Continued and___   Not Concluded___   Concluded  x

Testimony Taken  x  (see Witness List)

Rebuttal of Plaintiff(s)___        Surrebuttal of Defendant(s)___

Final Arguments  x            Charge to Jury  x

Jury Deliberations: Begun  x   Continued and___   Not Concluded  x  Concluded___

Trial Adjourned Until: 11/16/12
Total Trial Time: 6 hrs. 28 min.
Exhibits Located: JERS
Exhibits Returned to Counsel:

Comments:

*s/     Gwen Mackey*
Courtroom Deputy Clerk