MINUTES OF JURY / BENCH TRIAL PROCEEDINGS
HONORABLE JAMES S. GWIN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

MOONSCOOP SAS

vs.

AMERICAN GREETINGS CORP.

Date: 11/16/12

Case No: 1:09cv01885

Court Reporter: J. Gage

COUNSEL FOR PLAINTIFF(S): Michael J. Garvin

COUNSEL FOR DEFENDANT(S): Damond R. Mace

**PROCEEDINGS:**

Trial to: Court ___    Jury ___

Opening Statements of Counsel _____

Pltf(s) Case:    Begun___  Continued and___  Not Concluded___  Concluded___

Def(s) Case:    Begun___  Continued and___  Not Concluded___  Concluded___

Testimony Taken___ (see Witness List)

Rebuttal of Plaintiff(s)___        Surrebuttal of Defendant(s)___

Final Arguments___            Charge to Jury___

Jury Deliberations: Begun___  Continued and  X  Not Concluded___  Concluded  X

Trial Adjourned Until:
Total Trial Time: 2 hrs. 29 min.
Exhibits Located: JERS
Exhibits Returned to Counsel:

Comments:

*s/    Gwen Mackey*
Courtroom Deputy Clerk