Case No. 1:96-CV-1912
Gwin, J.

2012 NOV 16 AM 10: 51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

---

MOONSCOOP SAS,

    Plaintiff,

vs.

AMERICAN GREETINGS
CORPORATION,

    Defendant.

CASE NO. 1:09CV01885

VERDICT FOR DEFENDANT
ON ISSUE OF LIABILITY

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

We, the Jury in this case, having been duly impaneled and sworn find in favor of the defendant on the issue of liability.

Each of us Jurors concurring in said verdict signs his/her name hereto this __16__ day of November, 2012.





FOREPERSON

Case No. 1:96-CV-1912
Gwin, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

2012 NOV 16  AM 10: 51

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

MOONSCOOP SAS,

    Plaintiff,

vs.

AMERICAN GREETINGS
CORPORATION,

    Defendant.

CASE NO. 1:09CV01885

INTERROGATORY NO. 1

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Do you find that MoonScoop proved by a preponderance of the evidence that American Greetings materially breached the March 24, 2009 Term Sheet?

**ANSWER** (circle one)    Yes    (No)

ALL JURORS MUST AGREE AND EACH MUST SIGN HIS/HER NAME




FOREPERSON

IF YOU ANSWERED "NO" TO ABOVE THEN SIGN THE VERDICT FORM IN FAVOR OF DEFENDANT.

IF YOU ANSWERED "YES" TO ABOVE THEN PROCEED TO INTERROGATORY NO. 2.