✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | OHIO |
| --- | --- | --- |

MOONSCOOP SAS

V.

AMERICAN GREETINGS CORP.

## EXHIBIT AND WITNESS LIST

Case Number:  1:09CV01885

| PRESIDING JUDGE James S. Gwin | PLAINTIFF'S ATTORNEY Michael J. Garvin | DEFENDANT'S ATTORNEY Damond R. Mace |
| --- | --- | --- |
| TRIAL DATE (S) 11/13/2012 - 11/16/2012 | COURT REPORTER J. Gage | COURTROOM DEPUTY Gwen Mackey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | | | | WITNESS LIST (see attached) |
| | | | | | EXHIBIT LIST with counsel's certification via initials (see attached) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.