CASE NO. 1:09 CV 1885   CASE NAME: MoonScoop SAS v. American Greetings

TO COUNSEL FOR PLAINTIFF AND DEFENDANT:

AT THE END OF EACH TRIAL DAY YOU ARE REQUIRED TO PROVIDE THE COURTROOM DEPUTY WITH A LIST OF THE WITNESSES WHO TESTIFIED IN YOUR CASE.

Date: Nov. 13

Witness for: MoonScoop SAS
(Plaintiff)/Defendant

Joel Vaturi

CASE NO. 1:09CV1885    CASE NAME: MoonScoop SAS v. American Greetings

TO COUNSEL FOR PLAINTIFF AND DEFENDANT:

AT THE END OF EACH TRIAL DAY YOU ARE REQUIRED TO PROVIDE THE COURTROOM DEPUTY WITH A LIST OF THE WITNESSES WHO TESTIFIED IN YOUR CASE.

Date: Nov. 14 (W)

Witness for: MoonScoop SAS
(Plaintiff)/Defendant

- Jose Voncle
- Josef Mandelbaum
- David Dennent
- John Engelman
- Eric Suenrogen
- Zev Weiss

CASE NO. 09CV1885   CASE NAME: MoonScoop SAS v. American Greetings Corporation

TO COUNSEL FOR PLAINTIFF AND DEFENDANT:

AT THE END OF EACH TRIAL DAY YOU ARE REQUIRED TO PROVIDE THE COURTROOM DEPUTY WITH A LIST OF THE WITNESSES WHO TESTIFIED IN YOUR CASE.

Date: 11/15/12

Witness for: Defendant
Plaintiff/Defendant

Jerome Levy (by videotape)
Withdrawn