U.S. District Court, Northern District of Ohio
Exhibits Log for: 9-CV-1885
, 11/13/2012

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Pla-1 | | | TCFC-DIC Agency Agreement for SS |
| Pla-2 | | | 2001.01.22 Amend to TCFC-DIC Agreement |
| Pla-3 | | | 2008.07.20 Amend to TCFC-DIC Agreement |
| Pla-4 | | | 2008.07.20 Settlement Agreement between AG CJ and DIC |
| Pla-5 | 11/15/2012 8:48 AM | 11/15/2012 8:48 AM | 2008.07.20 AG CJ Binding Letter Agreement |
| Pla-6 | 11/15/2012 8:50 AM | 11/15/2012 8:50 AM | 2009.03.24 AG MS Binding term Sheet |
| Pla-7 | | | 2008.05.01 MYP Work for Hire Agreement for SS |
| Pla-8 | | | 2008.07.25 Amend to MYP WFH Agreement for SS |
| Pla-9 | | | 2008.09.17 Amend to MYP WFH Agreement for SS |
| Pla-10 | | | 2009.01.30 Amed to MYP WFH Agreement for SS |
| Pla-11 | | | 2009.03.24 Amend to MYP WFH Agreement for SS |
| Pla-12 | 11/15/2012 8:51 AM | 11/15/2012 8:51 AM | 2009.05.28 GTCR Financing Commitment Letter |
| Pla-13 | | | 2009.06.07 Amend GTCR Financing Committment Letter |
| Pla-14 | | | 2009.08.14 Amend GTCR Financing Commitment Letter |
| Pla-15 | | | 2010.01.12 Amend GTCR Financing Commitment Letter |
| Pla-16 | 11/15/2012 8:51 AM | 11/15/2012 8:51 AM | 2009.06.07 MS Classic Binding Term Sheet |
| Pla-17 | | | 2009.08.14 MS Classic Amend Binding Term Sheet |
| Pla-18 | | | 2009.11.06 Classic Control Notice Letter |
| Pla-19 | | | 2010.05.07 AG CJ Settlement Agreement |
| Pla-20 | | | 2010.05.07 AG TCFC CJ Agency Agreement for SS |
| Pla-21 | | | 2010.05.07 Ag TCFC CJ Agency Agreement for CB |
| Pla-22 | | | 2012.05.09 AG TCFC CJ Transition Agreement  objected/sustain withdrawn |
| Pla-23 | | | 2012.05.01 AG TCFC CPLG Agency Agreement for SS |
| Pla-24 | | | 2012.05.01 AG TCFC CPLG Agency Agreement for CB |
| Pla-25 | | | 2007.10.12 AG Taffy Twisted Whiskers Co-Production Agreement |
| Pla-26 | | | 2009.01.30 AG MYP Taffy Production Servies Agreement for SS |
| Pla-27 | | | 2008.04.01 TCFC MYP SS Independent Contractor Agreement |
| Pla-28 | 11/15/2012 8:57 AM | 11/15/2012 8:57 AM | 2009.03.27 Scharf to Blinderman |
| Pla-29 | | | 2009.05.28 Zagore Email to Schultz |
| Pla-30 | | | 2009.06.04 KandE to Zagore and Kilbane with MS Asset Purchase Agreement |
| Pla-31 | 11/15/2012 8:57 AM | 11/15/2012 8:57 AM | 2009.06.06 647pm Zagore to Ziebarth with Redline |
| Pla-32 | | | 2009.06.06 941 PM Zagore to Ziebarth with Clean |
| Pla-33 | 11/15/2012 8:51 AM | 11/15/2012 8:51 AM | 2009.06.07 709 AM Zagore to Ziebarth with Redline |
| Pla-34 | | | 2009.06.07 709 AM Zagore to Ziebarth with Clean |
| Pla-35 | | | 2008.05.14 Liz Young email to Rosen re SS |

| | | | |
|---|---|---|---|
| Pla-36 | | | 2008.07.15 Email from UBS to Passerallo re CJ discussion materials |
| Pla-37 | | | 2008.10.31 Schultz email to Mandelbaum re dinner |
| Pla-38 | | | 2009.01.14 Email from Waxman Lenz ro Mandelbaum re touching base |
| Pla-39 | | | 2009.02.09 Vaturi email to Stumfall re lunch confirmation |
| Pla-40 | 11/15/2012 8:51 AM | 11/15/2012 8:51 AM | 2009.03.04 Mandelbaum email to Young re in LA |
| Pla-41 | | | 2009.03.05 Email from Young to Mandelbaum re in LA |
| Pla-42 | | | 2009.03.05 Mandelbaum email to Globe Meisel WB re thank you |
| Pla-43 | | | 2009.03.06 Email from Schultz to Mandelbaum |
| Pla-44 | | | 2009.03.06 Email from Schultz to Mandelbaum |
| Pla-45 | | | 2009.03.09 Email from Mandelbaum to Chok WB re MoonScoop |
| Pla-46 | | | 2009.03.09 Email from Mandelbaum to Schultz |
| Pla-47 | | | 2009.03.09 Email from Mandelbaum to Schultz re MoonScoop with draft of BTS |
| Pla-48 | | | 2009.03.11 Email from Schultzto Vaturi |
| Pla-49 | | | 2009.03.12 Email from Mandelbaum to Axelod re Project Cartoon |
| Pla-50 | | | 2009.03.12 Email from Vaturi to Schultz |
| Pla-51 | | | 2009.03.13 Email from Vaturi to Young re AG Deal |
| Pla-52 | | | 2009.03.13 Email from Rosen to Schultz |
| Pla-53 | | | 2009.03.13 Email from Schultz to Vaturi re WB |
| Pla-54 | | | 2009.03.13 Document re SS CB Acquisition Joint Venture |
| Pla-55 | | | 2009.03.14 Email from Schultz to Rosen re Production Cost Project Cartoon |
| Pla-56 | | | 2009.03.15 Email from Schultz to Rosen |
| Pla-57 | | | 2009.03.16 Email from Schultz to Prough re Value of Deal to MS and WB |
| Pla-58 | | | 2009.03.16 Email from Schultz to Mandelbaum re Project Cartoon |
| Pla-59 | | | 2009.03.16 Email from Hirsh to Mandelbaum re SS and CB |
| Pla-60 | | | 2009.03.16 Email from Atlan to Schultz re Product Cost Project Cartoon |
| Pla-61 | | | 2009.03.17 Email from Lo Salem to Globe Meisel WB re MoonScoop Warner JV Model |
| Pla-62 | | | 2009.03.18 Email from Vaturi to Schultz |
| Pla-63 | | | 2009.03.18 Email from Parkinson to Schultz re SS |
| Pla-64 | | | 2009.03.18 Email from Parkinson to Young re SS CB |
| Pla-65 | | | 200903.19 Email Letter from Kilbane to Hirsh |
| Pla-66 | | | 2009.03.19 Email from Schultz to Prough |
| Pla-67 | | | 2009.03.19 Email from Schultz to Mandelbaum re Production Agreement with draft |
| Pla-68 | | | 2009.03.20 Email from Vaturi to DiSabatino re Production Agreement |
| Pla-69 | | | 2009.03.20 Email from Mandelblaum to Schultz re Latest Draft of Production Agreement with draft |
| Pla-70 | | | 2009.03.20 Email from Mandelbaum to Schultz re Amendment Draft with draft |
| Pla-71 | | | 2009.03.22 Email from Schultz to Mandelbaum re Animation Agreement with draft |
| Pla-72 | | | 2009.03.22 Email from Young to Schultz |
| Pla-73 | | | 2009.03.23 Email from Mandelbaum to Schultz re Final Draft of Production Agreement with draft |
| Pla-74 | | | 200903.23 Email from Vaturi to Schultz re Final Draft of Production Agreement |

| | | | |
|---|---|---|---|
| Pla-75 | | | 2009.03.23 Email from Schultz to Vaturi re Revised Binding Term Sheet |
| Pla-76 | | | 2009.03.23 Email from Mandelbaum to Ripley UBS re MS Term Sheet |
| Pla-77 | | | 2009.03.23 Email from Mandelbaum to Gilhooly McCaw re MS BTS |
| Pla-78 | | | 2009.03.24 Email from Vaturi to Prough |
| Pla-79 | | | 2009.03.24 Email from Levy to Vaturi re Interesting Opportunity |
| Pla-80 | | | 2009.03.24 Email from Mandelbaum to Schultz re Final Draft |
| Pla-81 | | | 2009.03.24 Email from Vaturi to Mandelbaum re Final Draft |
| Pla-82 | | | 2009.03.24 Email from Haffke to Gilhooly re Term Sheet |
| Pla-83 | | | 2009.03.24 Email from Mandelbaum to Weiss |
| Pla-84 | | | 2009.03.24 Email from Vaturi to Mandelbaum re Final Draft |
| Pla-85 | | | 2009.03.24 Email from Haffke to Blinderman re Executed BTS and MYP Amendment |
| Pla-86 | | | 2009.03.24 Email from Mandelbaum to Ripley UBS |
| Pla-87 | | | Email from Mandelbaum to John Frascotti Hasbro |
| Pla-88 | | | AG SEC Form 8K Filing |
| Pla-89 | | | 2009.03.25 Email from Mandelbaum to Gilhooly re Cookie Jar AG |
| Pla-90 | | | 2009.03.25 Email from Vaturi to Levy |
| Pla-91 | | | 2009.03.25 Email from Mandelbaum to Schultz re Announcement |
| Pla-92 | | | 2009.03.27 MESA Salem Partners Letter to Mandelbaum |
| Pla-93 | | | 2009.03.27 Email from Scharf to Blinderman re MoonScoop AG Long Form Agreement |
| Pla-94 | | | 2009.03.27 Email from Smith to Waxman Lenz re Properties Net Cash Analysis comparing CJ and MS offers |
| Pla-95 | | | 2009.03.28 Email from Levy to Prough re Financing Letter |
| Pla-96 | | | 2009.03.30 Letter from Haffke to Gilhooly re AG SS |
| Pla-97 | | | 2009.03.30 Letter from Gilhooly to Mandelbaum |
| Pla-98 | | | 2009.03.30 Email from Hirsh to Mandelbaum |
| Pla-99 | | | 2009.03.30 Email from Mandelbaum to Vaturi re Cookie Jar |
| Pla-100 | | | 2009.03.30 Email from Levy to Prough re Call from Josef |
| Pla-101 | 11/15/2012 8:57 AM | 11/15/2012 8:57 AM | 2009.03.31 Email from Vaturi to Mandelbaum |
| Pla-102 | | | 2009.03.31 Letter from Hirsh to Mandelbaum |
| Pla-103 | | | 2009.04.01 Email Letter from Mandelbaum to Hirsh |
| Pla-104 | | | 2009.04.01 Email from Mandelbaum to Lecony re GTCR Boomerang |
| Pla-105 | | | 2009.04.06 Email from AG Board of Directors with Transaction Update PowerPoint |
| Pla-106 | | | 2009.04.07 Email from Mandelbaum to Foreman re Oaktree |
| Pla-107 | | | 2009.04.12 Email from Mandelbaum to Vaturi Levy re Oaktree Foreman |
| Pla-108 | | | 2009.04.13 Email from Vaturi to Young re Oaktree |
| Pla-109 | | | 2009.04.14 Email from Vaturi to Ellenbogen |
| Pla-110 | | | 2009.04.14 Email from Young to Schultz re Joel AG and Boomerang |
| Pla-111 | | | 2009.04.17 Email from Mandelbaum to Gilhooly re Cookie Jar AG |
| Pla-112 | | | 2009.04.17 Email from Gilhooly to Mandelbaum re Cookie Jar AG |
| Pla-113 | | | 2009.04.21 Email from Vaturi to Prough re Call with Josef |
| Pla-114 | | | 2009.04.21 Email from Prough to Vaturi re Call with Josef |
| Pla-115 | | | 2009.04.24 Email from Mandelbaum to Scharf re CJ and MS Seller Financing Terms |

| | | | |
|---|---|---|---|
| Pla-116 | | | 2009.04.27 Email from Mandelbaum to Prough re MS Seller Financing Terms |
| Pla-117 | | | 2009.04.30 Letter from Blinderman to Mandelbaum |
| Pla-118 | 11/15/2012 8:51 AM | 11/15/2012 8:51 AM | 2009.04.30 Letter from Hirsh to Mandelbaum |
| Pla-119 | | | 2009.05.01 Email Letter from Mandelbaum to Vaturi with CJ Letter from Hirsh to Mandelbaum |
| Pla-120 | | | 2009.05.01 Letter from Vaturi DiSabatino to Mandelbaum re Status of Transaction with Cookie Jar |
| Pla-121 | | | 2009.05.01 Email from Vaturi to Mandelbaum re Cookie Jar |
| Pla-122 | | | 2009.05.01 Email from Vaturi to DiSabatino |
| Pla-123 | | | 2009.05.06 Email from Vaturi to Levy re AG |
| Pla-124 | | | 2009.05.06 Email from Levy to Vaturi re AG MoonScoop |
| Pla-125 | | | 2009.05.06 Complaint in Cookie Jar v AG NY State Court |
| Pla-126 | | | 2009.05.06 Complaint from AG v Cookie Jar case 109cv1056 |
| Pla-127 | | | 2009.05.07 Email from Weiss to AG Board of Directors re SS CB Update |
| Pla-128 | | | 2009.05.08 Email from Mandelbaum to Lecony UBS re Update |
| Pla-129 | | | 2009.05.12 Email from Levy to Engelman re MoonScoop |
| Pla-130 | | | 2009.05.18 Email from Engelman to Malkani re SSCB |
| Pla-131 | | | 2009.05.18 Email from Mandelbaum to Passarallo re NDA |
| Pla-132 | | | 2009.05.18 Email from Levy to Mandelbaum re NDA |
| Pla-133 | | | 2009.05.19 Email from Levy to Ellenbogen Engelman re CJ Complaint |
| Pla-134 | | | 2009.05.19 Email from Engelman to Ellenbogen re Financing |
| Pla-135 | | | 2009.05.20 Email from Levy to Schultz |
| Pla-136 | | | 2009.05.21 Email from Passerallo to Mandelbaum re SSC |
| Pla-137 | | | 2009.05.22 Email from Levy to Ellenbogen re Cleveland |
| Pla-138 | | | 2009.05.22 Email from Levy to Ellenbogen re Cleveland |
| Pla-139 | | | 2009.05.22 Email from Schultz to Engelman |
| Pla-140 | | | 2009.05.22 Email from Sondag to Engelman re Cleveland |
| Pla-141 | | | 2009.05.22 Email from Sondag to Engelman re Cleveland |
| Pla-142 | | | 2009.05.23 Email from Vaturi to Ellenbogen |
| Pla-143 | | | 2009.05.26 Email from Ripley UBS to Mandelbaum re Meeting with MoonScoop and Boomerang |
| Pla-144 | | | 2009.05.26 Email from Engelman to Sondag |
| Pla-145 | | | 2009.05.26 Email from Engelman to Engelman re Project Pink |
| Pla-146 | | | 2009.05.26 Email from Malkani to Donnini re Tomorrow |
| Pla-147 | | | 2009.05.27 Email from Zagore to Mandelbaum Levy |
| Pla-148 | | | 2009.05.27 Engelman Handwritten Notes |
| Pla-149 | | | 2009.05.27 Email from Sondag to Donnini re SSCB |
| Pla-150 | | | 2009.05.27 Email from Sondag to Ellenbogen re SSCB |
| Pla-151 | | | 2009.05.28 Email from Engelman to JC Mandelbaum re Follow Up |
| Pla-152 | | | 2009.05.28 Email from Zagore to Levy re APA for SSC and CB |
| Pla-153 | | | 2009.05.28 Email from Levy to Sondag re Shavouot |
| Pla-154 | | | 2009.05.28 Email from Sondag to Ellenbogen |
| Pla-155 | | | 2009.05.28 Email from Levy to Sondag re APA for SS and CB |
| Pla-156 | | | 2009.05.28 Email form Sondag to Ellenbogen re Schedule |
| Pla-157 | | | 2009.05.28 Email from Sondag to Malkani re Call Tomorrow |

| | | | |
|---|---|---|---|
| Pla-158 | | | 2009.05.29 Email from Malkani to Patsy GTCR re SSC Deal Overview |
| Pla-159 | | | 2009.05.29 Email from Vaturi to Levy re DPandPME SSC CB Letter |
| Pla-160 | | | Draft of DPandPME Letter |
| Pla-161 | 11/15/2012 8:52 AM | 11/15/2012 8:52 AM | 2009.05.29 Email Letter from Levy to Zagore with 2009.05.28 GTCR Financing Commitment Letter |
| Pla-162 | | | 2009.05.29 Email from Haffke to Steinberg AG re Financing Letter |
| Pla-163 | | | 2009.05.29 Email Attach from Passerallo to Malkani GTCR re MoonScoop Info Request |
| Pla-164 | | | 2009.05.31 Email from Levy to Vaturi re Follow Up |
| Pla-165 | | | 2009.05.31 Email from Mandelbaum to Engelman re Follow Up |
| Pla-166 | | | 2009.06.01 Email from Engelman to Mandelbaum re KandE Comments with KandE Memo |
| Pla-167 | | | 2009.06.01 Email from Engelman to Malkani re Pro Forma PandL |
| Pla-168 | | | 2009.06.01 Email from Engelman to Mandelbaum re Agenda |
| Pla-169 | 11/15/2012 8:52 AM | 11/15/2012 8:52 AM | 2009.06.01 KandE Memo re Comments on APA |
| Pla-170 | | | 2009.06.01 Email KandE Memo from Levy to Vaturi re Comments |
| Pla-171 | | | 2009.06.01 Email from Zagore to Scharf Haffke re KandE Memo to AG |
| Pla-172 | | | 2009.06.01 Email from Vaturi to Levy re MoonScoop |
| Pla-173 | | | 2009.06.01 Email from Engelman to Levy |
| Pla-174 | | | 2009.06.01 Email from Sondag to Engelman re Follow Up |
| Pla-175 | | | 2009.06.01 Email from Sondag to Engelman re Follow Up |
| Pla-176 | | | 2009.06.01 Email from Sondag to Donnini re ER |
| Pla-177 | | | 2009.06.02 Email from Levy to Vaturi re MoonScoop |
| Pla-178 | 11/15/2012 8:52 AM | 11/15/2012 8:52 AM | 2009.06.02 First Amended Complaint from AG v. Cookie Jar case 109cv1056 |
| Pla-179 | 11/15/2012 8:53 AM | 11/15/2012 8:53 AM | 2009.06.02 Email from Mandelbaum to Hirsh re Amended Complaint Financing Letter |
| Pla-180 | | | 2009.06.03 Email Letter from Kilbane to GTCR re Indemnification |
| Pla-181 | | | 2009.06.03 Email from Levy to Vaturi |
| Pla-182 | | | 2009.06.03 Email from Levy to Vaturi |
| Pla-183 | | | 2009.06.03 Email from Rosen to Schultz |
| Pla-184 | | | 2009.06.03 Email from Vaturi to Atlan and others re latest news |
| Pla-185 | | | 2009.06.04 Email from Engelman to Shah GTCR with draft of MS Classic Binding Term Sheet |
| Pla-186 | | | 2009.06.04 Email from Levy to Vaturi with draft of MS Classic Binding Term Sheet |
| Pla-187 | 11/15/2012 8:57 AM | 11/15/2012 8:57 AM | 2009.06.04 Email from Vaturi to Mandelbaum |
| Pla-188 | | | 2009.06.04 Email from Sondag to Mandelbaum re APA |
| Pla-189 | | | 2009.06.04 Email from Waxman Lenz to Smith re Heads Up |
| Pla-190 | | | 2009.06.04 Email from KandE to Kilbane Zagore re APA |
| Pla-191 | | | 2009.06.04 Email from Donnini to Canfield re SS |
| Pla-192 | | | 2009.06.05 Email from Kilbane to Weiss re Letter to CJ |
| Pla-193 | | | 2009.06.05 Letter from Kilbane to Gilhooly re CJ Consenst to Drag |
| Pla-194 | | | 2009.06.05 Email from Gilhooly to Kilbane re Cookie Jar AG |
| Pla-195 | | | 2009.06.05 Email from Blinderman to Kilbane re Working Towards Closing |
| Pla-196 | 11/15/2012 8:56 AM | 11/15/2012 8:56 AM | 2009.06.05 Email from Zagore to Blinderman re Working Towrds Closing |

| Ex. | Date | Date | Description |
|---|---|---|---|
| Pla-197 | | | 2009.06.05 Email from Ziebarth to Zagore re Cookie Jar |
| Pla-198 | 11/15/2012 8:56 AM | 11/15/2012 8:56 AM | 2009.06.05 Email from Zagore to Ziebarth re Cookie Jar |
| Pla-199 | | | 2009.06.06 Email from Vaturi to Ellenbogen |
| Pla-200 | | | 2009.06.06 Email from Zagore to Ziebarth re Cookie Jar |
| Pla-201 | | | 2009.06.06 Email from Blinderman to Zagore re Working Towards Closing |
| Pla-202 | | | 2009.06.06 Email from Levy to Vaturi |
| Pla-203 | | | 2009.06.06 Email from Vaturi to Ellenbogen |
| Pla-204 | | | 2009.06.06 Email from Sondag to Zagore Kilbane re Timing |
| Pla-205 | | | 2009.06.06 Email from Zagore to Gilhooly re Cookie Jar AG |
| Pla-206 | 11/15/2012 8:56 AM | 11/15/2012 8:56 AM | 2009.06.06 Email from Zagore to Ziebarth re APA with Cookie Jar Drag Comments |
| Pla-207 | | | 2009.06.06 Email from Zagore to Ziebarth re APA with Cookie Jar Drag Comments |
| Pla-208 | | | 2009.06.06 Email from Kilbane to Mandelbaum Weiss re Zagore circulating draft APA |
| Pla-209 | | | 2009.06.06 Email from Malkani to Sondag |
| Pla-210 | 11/15/2012 8:55 AM | 11/15/2012 8:55 AM | 2009.06.07 Email from Sondag to Donnini re Impossible to Know What Any of That Meant |
| Pla-211 | | | 2009.06.07 Email from Vaturi to Mandelbaum re Conference Call |
| Pla-212 | 11/15/2012 8:55 AM | 11/15/2012 8:55 AM | 2009.06.07 Email from Zagore to Ziebarth re APA MoonScoop Redline |
| Pla-213 | 11/15/2012 8:53 AM | 11/15/2012 8:53 AM | 2009.06.07 Email from Vaturi to Mandelbaum Weiss re Before our 930 AM Conference Call |
| Pla-214 | | | 2009.06.07 Email from Ziebarth to Donnini re APA MoonScoop Redline |
| Pla-215 | | | 2009.06.07 Email from C. DiSabatino to Vaturi |
| Pla-216 | | | 2009.06.07 Email from Sondag to Ellenbogen |
| Pla-217 | | | 2009.06.07 Email from Sondag to GTCR Investment Committee re SSCB Update |
| Pla-218 | | | 2009.06.07 Email from Zagore to Ziebarth re APA with Cookie Jar Drag Comments |
| Pla-219 | | | 2009.06.07 Email from Donnini to GTCR Investment Committee re SSCB Update |
| Pla-220 | | | 2009.06.07 Email from Blinderman to Kilbane re Communications between AG and Cookie Jar |
| Pla-221 | | | 2009.06.07 Email from Hemmer GTCR to Donnini re SSCB Update |
| Pla-222 | | | 2009.06.07 Email from Gilhooly to Zagore re Cookie Jar AG |
| Pla-223 | | | 2009.06.07 Email from Zagore to Ziebarth re APA with Cookie Jar Drag Comments |
| Pla-224 | | | 2009.06.07 Email from Sch to Sondag |
| Pla-225 | | | 2009.06.07 Email from Zagore to Blinderman re APA with Cookie Jar Drag Comments |
| Pla-226 | | | 2009.06.07 Email from Ziebarth to Donnini re APA with Cookie Jar Drag Comments |
| Pla-227 | | | 2009.06.07 Email from Kilbane to Mandelbaum re Call at 710 |
| Pla-228 | | | 2009.06.07 Email from Blinderman to Ziebarth re APA with Cookie Jar Drag Comments |
| Pla-229 | | | 2009.06.07 Email from Sondag to Donnini re Language in Question |
| Pla-230 | | | 2009.06.07 Email from Ellenbogen to Donnini re Sig Page |
| Pla-231 | 11/15/2012 8:53 AM | 11/15/2012 8:53 AM | 2009.06.07 Email Letters from Levy to Mandelbaum |
| Pla-232 | | | 2009.06.08 Email from Vaturi to Engelman re Final Notice Letter |

| | | | |
|---|---|---|---|
| Pla-233 | | | 2009.06.08 Email from Vaturi to Levy Ellenbogen |
| Pla-234 | | | 2009.06.09 Email from Vaturi to Levy |
| Pla-235 | 11/15/2012 8:53 AM | 11/15/2012 8:53 AM | 2009.06.09 Email from Mandelbaum to Lecony UBS |
| Pla-236 | | | 2009.06.09 Email from Hirsh to Mandelbaum attachments follows |
| Pla-237 | | | 2009.06.09 Letter from Hirsh to Mandelbaum |
| Pla-238 | | | 2009.06.10 Email Letter from Blinderman Vaturi to Weiss re HSR Filing |
| Pla-239 | 11/15/2012 8:54 AM | 11/15/2012 8:54 AM | 2009.06.10 Letter from Vaturi to Weiss re HSR Filing |
| Pla-240 | 11/15/2012 8:55 AM | 11/15/2012 8:55 AM | 2009.06.10 Email from Bondy GTCR to Donnini re What Was the Final Outcome on SS |
| Pla-241 | 11/15/2012 9:02 AM | 11/15/2012 9:02 AM | 2009.06.17 Email Letter from Vaturi to Weiss Mandelbaum re March 24 Term Sheet |
| Pla-242 | | | 2009.06.19 Email from Donnini to Sondag re Phone Call from Josef |
| Pla-243 | | | 2009.06.20 Email from Dauchez to Vaturi re Phoen Call with Josef |
| Pla-244 | | | 2009.06.26 Email from Donnini to Roche GTCR re IC Update |
| Pla-245 | | | 2009.06.26 AG Board Meeting Agenda |
| Pla-246 | | | 2009.07.21 Amended Complaint in CJ v AG NY action |
| Pla-247 | | | 2009.07.23 Email from Young to Atlan re CB and SS |
| Pla-248 | | | 2009.08.10 Email from Vaturi to Young re MoonScoop LLC |
| Pla-249 | | | 2009.08.10 Email from Vaturi to Schultz |
| Pla-250 | | | 2009.08.28 Email from Sondag to Donnini re American Greenings |
| Pla-251 | | | 2009.09.13 Email from Donnini to GTCR Investment Committee re Question on Boomerang |
| Pla-252 | | | 2009.09.23 Email from Donnini to Roche re Boomerang Litigation |
| Pla-253 | | | 2009.10.07 Email from Donnini to Sondag re Did You Let Boomerang Team Know re Litigation Decision |
| Pla-254 | | | CJ PowerPoint re Potential Acquisition of SS and CB |
| Pla-255 | | | CJ PowerPoint re Potential Acquisition of SS and CB |
| Pla-256 | | | RBC PowerPoint re Discussion Materials for Project Cartoon |
| Pla-257 | | | UBS AG Update Materials PowerPoint April 2008 |
| Pla-258 | | | UBS AG SS and CB Valuation Materials April 2008 |
| Pla-259 | | | UBS Project Cartoon Discussion Materials PowerPoint May 2008 |
| Pla-260 | | | UBS AG Discussion Materials PowerPoint June 2008 |
| Pla-261 | | | UBS AG Cookie Jar Discussion Materials PowerPoint July 16, 2008 |
| Pla-262 | | | UBS AG Cookie Jar Discussion Materials PowerPoint July 16, 2008 with handwritten notes |
| Pla-263 | | | UBS AG SS CB Summary PowerPoint Fall 2008 |
| Pla-264 | | | Salter Group AG Titles Analysis August 31, 2008 |
| Pla-265 | | | UBS AG Discussion Materials PowerPoint September 2008 |
| Pla-266 | | | RBC Preliminary Valuation Analysis re AG Assets SS and CB September 23, 2008 |
| Pla-267 | | | RBC Birch Hill Discussion Regarding AG Properties PowerPoint September 26, 2008 |
| Pla-268 | | | UBS SS CB Management Presentation PowerPoint November 2008 |
| Pla-269 | | | Salter Group Analysis of SS CB December 19, 2008 |
| Pla-270 | | | Mandelbaum SS CB Transaction Update PowerPoint December 2008 |
| Pla-271 | | | Mandelbaum SS CB Transaction Update PowerPoint December 2008 |
| Pla-272 | | | USB SS CB Management Presentation PowerPoint February 2009 |

| Pla-273 | | | 2009.04 Management Presentation |
| --- | --- | --- | --- |
| Pla-274 | | | Cookie Jar RBC Summary Confidential Information Memorandum April 2009 |
| Pla-275 | | | Salem Partners Summary of SS CB Due Diligence Materials PowerPoint April 2009 |
| Pla-276 | | | AG Board of Directors Bond Repurchase Recommendation PowerPoint April 29, 2009 |
| Pla-277 | | | CJ AG 2009 U.S. Marketing Plan Revised for SS March 4, 2010 |
| Pla-278 | | | Mandelbaum Handwritten Notes |
| Pla-279 | | | AG SEC Form 10K for FY ending February 2009 |
| Pla-280 | | | UBS April 2008 Draft American Greetings Strawberry Shortcake and Care Bears Valuation Analysis |
| Pla-281 | | | UBS April 2008 American Greetings Discussion Materials |
| Pla-282 | | | UBS September 2008 American Greetings Valuation Update |
| Pla-283 | | | GTCR Investment Committee Memo Draft 6-5 |
| Pla-284 | | | GTCR Investment Committee Memo Final Draft |
| Pla-285 | | | GTCR Investment Committee Memo Supplement |
| Pla-286 | | | GTCR Investment Committee Memo of 2009.11.30 |
| Pla-287 | | | AG Properties Net Cash Analysis of transactions with Cookie Jar v. MoonScoop |
| Pla-288 | | | Care Bears Monthly PandLs Actual FY2007, Actual FY2008, Plan FY2009, Actual FY2009 through September |
| Pla-289 | | | Strawberry Shortcake Monthly PandLs Actual FY2007, Actual FY2008, Plan FY2009, Actual FY2009 through September |
| Pla-290 | | | Care Bears Production Spend Actual FY2006-2008, Plan FY2009, Forecast FY2010-2013 |
| Pla-291 | | | Combined Care Bears and Strawberry Shortcake PandLs FY2009 Actual through October, Forecast FU2008 November-December |
| Pla-292 | | | Strawberry Shortcake Production Spend Actual FY2006-208, Plan FY2009, Forecast FY2010-2013 |
| Pla-293 | | | Impact Scenario of IP Sale of SS CB Rights |
| Pla-294 | | | Summary SS CB PandLs FY2008 Actual, FY2009 Plan, FY2010 Forecast |
| Pla-295 | | | SS Agency Fee Analysis FY2008-2010 |
| Pla-296 | | | SS PandLs FY2006-2009 Actuals |
| Pla-297 | | | SS Monthly PandLs FY2009 Actual |
| Pla-298 | | | Combined SS CB PandLs Actual FY2006-2009, Plan FY2009, Forecast FY2010 |
| Pla-299 | | | Hasbro Analysis |
| Pla-300 | | | Hasbro Analysis Merchandise EBIT |
| Pla-301 | | | Hasbro Analysis Merchandise EBIT |
| Pla-302 | | | Hasbro Analysis Merchandise EBIT Cookie Jar |
| Pla-303 | | | Hasbro Analysis Merchandise EBIT Cookie Jar |
| Pla-304 | | | Hasbro Effective Royalty Rates Analysis |
| Pla-305 | | | Marc Vellrath CV September 2012 |
| Pla-306 | | | Appendix Exhibits Charts from Marc Vellrath Expert Report |
| Pla-307 | | | Email from David Shapiro to Alexander Mandel et al 2007 SS Consumer Products 2007 Revenue Tracker 2008.03.07 |
| Pla-308 | | | Email from Gary Jan to David Mackey et al 2006 SS CP Revenues.xls 2008.03.27 |
| Pla-309 | | | Salem Partners, Strawberry Shortcake, Care Bears Valuation Model May |

| | | | |
|---|---|---|---|
| Pla-310 | | | Care Bears Cash Revenues by Source 2009.08.24 |
| Pla-311 | | | Email from Ames Aaron to Dave Passerallo SS forecast Nov 2011-May2013.xls carebears forecase Nov 2011-May 2013.xls |
| Pla-312 | | | AG Properties PandLs |
| Pla-313 | | | AG Properties PandLs |
| Pla-314 | | | Spreadsheet re AG licensing |
| Pla-315 | | | Care Bears Royalties |
| Pla-316 | | | Cookie Jar Entertainment SSC Forecast 2011-2018 |
| Pla-317 | 11/15/2012 9:03 AM | 11/15/2012 9:03 AM | 2009.09.03 Answer and Third Party Complaint of American Greetings |
| Pla-318 | | | Second Amended and Supplemental Complaint |
| Pla-319 | | | 2010.02.19 AG Answer to Second Amended and Supplemental Complaint |
| Pla-320 | | | 2009.10.09 AG Responses to CJ First Set of Interrogatories and Request for Production |
| Pla-321 | | | 2010.01.08 AG Answers to Moonscoop First Set of Interrogatories |
| Pla-322 | | | 2010.02.09 AG Amended and Supplemental Answers and Objections to MS 1st Set of Interrogatories |
| Def-1 | 11/15/2012 9:45 AM | 11/15/2012 9:45 AM | 3-24-09 Binding Term Sheet MS + AG |
| Def-2 | 11/15/2012 9:45 AM | 11/15/2012 9:45 AM | 5-12-09 Levy + Engelman E-mails |
| Def-3 | 11/15/2012 9:46 AM | 11/15/2012 9:46 AM | 5-19-09 Levy E-mail with CJ Complaint |
| Def-4 | 11/15/2012 9:46 AM | 11/15/2012 9:46 AM | 6-7-09 Binding Term Sheet MS + Boomerang |
| Def-5 | 11/15/2012 9:46 AM | 11/15/2012 9:46 AM | 6-7-09 Ziebarth + Blinder E-mail |
| Def-6 | | | 5-20-09 Levy E-mail re Classic-Boomerang Conversations |
| Def-7 | 11/15/2012 9:47 AM | 11/15/2012 9:47 AM | 7-20-08 Binding Letter Agreement AG and CJ |
| Def-8 | 11/15/2012 9:47 AM | 11/15/2012 9:47 AM | 6-5-09 Kilbane letter to MoonScoop re Closing |
| Def-9 | 11/15/2012 9:48 AM | 11/15/2012 9:48 AM | 3-27-09 Levy E-mail re Source of Funding |
| Def-10 | 11/15/2012 9:48 AM | 11/15/2012 9:48 AM | 4-40-09 Levy E-mail re offer match by CJ |
| Def-11 | 11/15/2012 9:48 AM | 11/15/2012 9:48 AM | 3-30-09 Mandelbaum E-mail re CJ's intent to match offer |
| Def-12 | 11/15/2012 9:48 AM | 11/15/2012 9:48 AM | 4-30-09 Blinderman letter re CJ Expiratoin Period for Funding |
| Def-13 | | | 5-28-09 Levy E-mails re GTCR Financing |
| Def-14 | 11/15/2012 9:49 AM | 11/15/2012 9:49 AM | 5-29-09 Levy e-mail to Zagore re GTCR Financing |
| Def-15 | 11/15/2012 9:49 AM | 11/15/2012 9:49 AM | 6-1-09 Levy E-mail with K+E Comments on APA |
| Def-16 | 11/15/2012 9:49 AM | 11/15/2012 9:49 AM | 6-6-09 Vaturi E-mail re Hasbro Escape Clause |
| Def-17 | 11/15/2012 9:49 AM | 11/15/2012 9:49 AM | 6-7-09 Levy E-mail with MoonScoop Letter re Willingness to Close |
| Def-18 | 11/15/2012 11:42 AM | 11/15/2012 11:42 AM | objection/[illegible] |
| Def-19 | 11/15/2012 9:49 AM | 11/15/2012 9:49 AM | 5-31-09 Mandelbaum E-mails re Scheduling Call to discuss APA |

| | | | |
|---|---|---|---|
| Def-20 | 11/15/2012 9:49 AM | 11/15/2012 9:49 AM | 6-4-09 Waxman-Lenz E-mail re Potential Closing in Escrow |
| Def-21 | 11/15/2012 9:49 AM | 11/15/2012 9:49 AM | 6-5-09 Zagore E-mails re Working Towards Closing |
| Def-22 | | | 6-7-09 Ziebarth E-mail with Drafts of Revised APA |
| Def-23 | 11/15/2012 9:50 AM | 11/15/2012 9:50 AM | 6-7-09 SSD Draft of APA |
| Def-24 | 11/15/2012 9:50 AM | 11/15/2012 9:50 AM | 6-7-09 Zagore E-mail re MoonScoop preparet to close on Term Sheet |
| Def-25 | 11/15/2012 9:50 AM | 11/15/2012 9:50 AM | 6-7-09 Ziebarth E-mail with APA + CJ Drag Comments |
| Def-26 | 11/15/2012 9:50 AM | 11/15/2012 9:50 AM | 5-22-09 Levy e-mail re Meeting in Cleveland with AG |
| Def-27 | | | 5-22-09 E-mails between MS and Boomerang re Call with Lawyer on AG Deal |
| Def-28 | | | 5-23-09 E-mails re Meeting in Cleveland with AG |
| Def-29 | 11/15/2012 9:50 AM | 11/15/2012 9:50 AM | 6-9-09 Hirsh letter re Drag Along Rights are Dead |
| Def-30 | | | 5-29-09 Vatiro E-mail re D+P PME IV Letter |
| Def-31 | | | 5-15-09 Draft D+P PME IV letter to MS re Working on Deal |
| Def-32 | 11/15/2012 9:50 AM | 11/15/2012 9:50 AM | 6-7-09 Blinderman E-mail re Still Time to Close |
| Def-33 | 11/15/2012 9:50 AM | 11/15/2012 9:50 AM | 6-1-09 Vaturi E-mail re No Deal betwee Classic + MS  *objection/overrule* |
| Def-34 | 11/15/2012 9:50 AM | 11/15/2012 9:50 AM | 6-3-09 Vaturi E-mail re Letting them Move On |
| Def-35 | | | 6-3-09 Rosen E-mails re Salem + MESA |
| Def-36 | 11/15/2012 9:51 AM | 11/15/2012 9:51 AM | 3-23-09 AG Draft of APA |
| Def-37 | 11/15/2012 9:51 AM | 11/15/2012 9:51 AM | Blank Piece of Paper for Noting Classic + MS Deal Terms |
| Def-38 | | | 6-6-09 Malkani E-mail re Summary + Models for Classic and SSCB |
| Def-39 | | | 5-28-09 Sondag E-mails re GTCR Ability to Capture Break-up Fee |
| Def-40 | 11/15/2012 9:51 AM | 11/15/2012 9:51 AM | 6-1-09 Engelman E-mail re Meeting in Chicago |
| Def-41 | | | 6-1-09 Sondag E-mail re Meeting in Chicago |
| Def-42 | 11/15/2012 9:51 AM | 11/15/2012 9:51 AM | 5-28-09 Levy W-mail with Purchase Agreement Documents |
| Def-43 | 11/15/2012 9:51 AM | 11/15/2012 9:51 AM | 6-5-09 Zagore E-mail re DIC + CJ Refusal to Drag Along |
| Def-44 | 11/15/2012 9:51 AM | 11/15/2012 9:51 AM | 6-6-09 Zagore E-mail with Draft APA with CJ Drag Comments |
| Def-45 | 11/15/2012 9:51 AM | 11/15/2012 9:51 AM | 5-26-09 Engelman E-mail re June 7 Deadline |
| Def-46 | 11/15/2012 9:52 AM | 11/15/2012 9:52 AM | 5-26-09 Engelman E-mail re Thoughts on Litigation |
| Def-47 | | | 5-28-09 Sondag E-mail re More Optionality with SPA |
| Def-48 | 11/15/2012 9:52 AM | 11/15/2012 9:52 AM | 5-29-09 Malkani E-mail to GTCE with Deal Overview |
| Def-49 | | | 5-31-09 Ellenbogen E-mail re Little Time to Formulate View on Acquisition |
| Def-50 | 11/15/2012 9:52 AM | 11/15/2012 9:52 AM | 6-1-09 Engelman E-mail re Funding Issues  *object/overrule STF* |
| Def-51 | 11/15/2012 9:52 AM | 11/15/2012 9:52 AM | 6-4-09 Engelman E-mails with Draft of Binding Term Sheet MS + Classic |

| Def-52 | | | 6-5-09 Levy E-mail with Comments on MS Revisions to Binding Term Sheet |
|---|---|---|---|
| Def-53 | 11/15/2012 9:52 AM | 11/15/2012 9:52 AM | 6-5-09 GTCR Investment COmmittee Memo re Classic Media Add-on SSCB |
| Def-54 | | | 6-7-09 Sondag E-mail re Satifying MS but Best Deal for GTCR |
| Def-55 | 11/15/2012 9:52 AM | 11/15/2012 9:52 AM | GTCR Investment Committee Memo re Classic-Overview of Transaction |
| Def-56 | 11/15/2012 9:52 AM | 11/15/2012 9:52 AM | 6-6-09 GTCR Investment Committee Memo re Summary and Models for Classic + SSCB |
| Def-57 | | | 5-28-09 Sondag E-mail re EBITDA |
| Def-58 | 11/15/2012 9:52 AM | 11/15/2012 9:52 AM | 5-27-09 Engelman Handwritten Notes of Cleveland Meeting |
| Def-59 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 5-22-09 Engelman E-mail re Clevelande Meeting + CJ Complaint Thoughts |
| Def-60 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 5-18-09 Engelman E-mail to GTCR with SSCB Presentation |
| Def-61 | | | 6-1-09 Engelman E-mail to GTCR re Pro Forma P+L |
| Def-62 | | | 1-12-10 GTCR Financing Letter to MoonScoop |
| Def-63 | | | 5-27-09 Sondag E-mail re 5-31- Closing Move-up |
| Def-64 | | | 5-19-09 Levy E-mail re Scanarios for Financing |
| Def-65 | | | 4-6-09 Tripam E-mail with Instructions to Call RBC Capital Mktg. re CJ |
| Def-66 | | | Blank Piece of Paper for Noting Classic + MS Deal Terms |
| Def-67 | | | 1-15-10 Ellenbogen E-mail with Final Mediation Statement |
| Def-68 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 6-7-09 Vaturi E-mail re AG Reluctance to live by MS Contract |
| Def-69 | | | 11-6-09 Ellenbogen letter as Control Notice to MS |
| Def-70 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 2012 Subpoena to Donnini for Depositon |
| Def-71 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 5-27-09 Sondag W-mail re Developing Comprehensive Game Plan |
| Def-72 | | | 6-2-09 Sondag E-mail re Dealing with Hasbro |
| Def-73 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 6-4-09 Johanson E-mail re APA Comments for Classic + GTCR |
| Def-74 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 6-4-09 K+E Draft of APA |
| Def-75 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 6-7-09 SSD Draft of APA |
| Def-76 | 11/15/2012 9:53 AM | 11/15/2012 9:53 AM | 10-1-01 Agreement bwtn TCFC and DIC Entertainment |
| Def-77 | | | 6-6-09 Sondag E-mail re Joel is in it for MoonScoop |
| Def-78 | | | 5-22-09 Sondag E-mail re Meeting in Cleveland |
| Def-79 | | | 6-7-09 E-mails re Legitimately Protected from Change in Business Post-Closing |
| Def-80 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 7-7-09 Sondag E-mail re to DL Investment Committee re Next Steps on Binding Term Sheet |
| Def-81 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-7-09 Sondag E-mailo re Binding Term Sheet Language in Question |
| Def-82 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-7-09 Ellenbogen E-mail re Signature Page and Counting Minutes re MS |
| Def-83 | | | 11-30-09 GTCR Investment Committee Memo re Classic Update |
| Def-84 | | | 6-26-09 Donnini E-mail to GTCR re Possible Opportunity for Boomerang |
| Def-85 | | | 9-23-09 Donnini E-mail re Boomerang Litigation |

| | | | |
|---|---|---|---|
| Def-86 | | | 5-13-09 Donnini E-mail re Reconsidering Aspects of Strategy |
| Def-87 | | | 8-14-09 GTCR Funding Letter to MoonScoop with 75-Day Provision |
| Def-88 | | | 5-22-09 E-mails re Cleveland Meeting with MoonScoop and AG |
| Def-89 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-6-09 Zagore E-mail re Draft of APA per CJ Refusal to Drag Along |
| Def-90 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-4-09 K+E Draft of APA with CJ Match Comments |
| Def-91 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-7-09 Zagore E-makil with Draft APA |
| Def-92 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-7-09 SSD Edits to K+E Draft of APA |
| Def-93 | | | 5-25-09 Sondag E-mail re Revising Credit Agreement with Lloyds |
| Def-94 | | | 5-28-09 Sondag E-mail re Creating more Optionality on APA for Boomerang |
| Def-95 | | | 6-4-09 Donnini E-mail re Progress on Due Diligence + Hasbro Relaunch |
| Def-96 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-7-09 Sondag E-mail re Post-conversation with Z. Weiss |
| Def-97 | | | 6-7-09 Sondag E-mail to Investment Committee re AG Wanting to Buy a Contract |
| Def-98 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-7-09 Donnini E-mail re AG ot Wanting to Give Flexibility |
| Def-99 | 11/15/2012 9:54 AM | 11/15/2012 9:54 AM | 6-10-09 Donnini E-mail re Equity Commitment to Finance Base |
| Def-100 | | | 6-19-09 Donnini E-mail re Have your Cake and Eat it Too Strategy |
| Def-101 | | | 10-7-09 Donnini E-mail re Litigation Decision + Hasbro-Discovery Joint Venture |
| Def-102 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 6-5-09 Sondag E-mails re Vince not liking SS Character |
| Def-103 | | | 5-28-09 E-mails re SSCB Working Session |
| Def-104 | | | 6-3-09 Hallren E-mail re Previously Banked DIC Animation |
| Def-105 | | | 6-3-09 Engelman E-mail re Amended Complaint against Cookie Jar |
| Def-106 | | | 5-26-09 Sondag E-mail re Introductions to MS and AG at Same Time will be Odd |
| Def-107 | | | 6-7-09 Blinderman E-mail re Communications between AG and CJ |
| Def-108 | | | 5-15-09 Levy E-mail re Salem Partners Analysis of AG |
| Def-109 | | | 6-3-09 Sondag E-mail re Cost of Doing Business with Hasbro |
| Def-110 | | | 6-5-09 Roche E-mail re Understanding the Hasbro Deal |
| Def-111 | | | 12-14-09 Malkani E-mail re Model v5 as Bridge of Understanding of Hasbro Royalty |
| Def-112 | | | 5-25-09 Sondag E-mail re Revisiting Credit Agreement with Lloyds |
| Def-113 | | | 5-29-09 Donnini E-mail re Hoping FCF is more like 15M |
| Def-114 | | | 11-23-09 MacInnes E-mail re Update on Acquisition Opportunities |
| Def-115 | | | 4-21-09 Vaturi E-mail re Being Careful to Craft New Deal + Get CJ Out of the Picture |
| Def-116 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 6-2-09 Engelman E-mail re AG`s Call from Hasbro re Offer on SSCB |
| Def-117 | | | 3-20-09 Houlihan E-mail re Term Sheet + Mark-Up for Review |
| Def-118 | | | 6-5-09 Aler E-mail re Seller Note Term Sheet |
| Def-119 | | | 6-4-09 K+E Draft of APA |
| Def-120 | | | 3-26-09 Schultz E-mail re Focusing on getting Deal Done |
| Def-121 | | | 5-6-09 Levy E-mail re Developments with AG on SS and CB |

| Def-122 | | | 5-15-09 Levy E-mail re Providing More Info on MoonScoop if Needed |
|---|---|---|---|
| Def-123 | | | 6-3-09 Inter Action Result Report re Boomerang Media and Ellenbogen |
| Def-124 | | | 5-25-09 Engelman E-mail re SS and CB Dataroom |
| Def-125 | | | 8-10-09 Faturi E-mail re Revised Amended and Restated Binding Term Sheet |
| Def-126 | | | 8-14-09 Amended and Restated Binding Term Sheet between MS and Boomerang |
| Def-127 | | | 6-2-09 Gamble E-mail re AG giving 22M to MoonScoop for certain Services |
| Def-128 | | | 6-7-09 Sondag E-mail re Call and Sign-off from Collin, Phil and Dean |
| Def-129 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 3-20-09 Amendment to Agreement Strawberry Shortcake between Mike Young + TCFC |
| Def-130 | | | 7-23-09 E-mails re Needing to Keep SS + CB Production a Work-for-Hire |
| Def-131 | | | 6-3-09 Gamble E-mail re Reasonable Production Services Costs per Episode |
| Def-132 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 3-27-09 Scharf E-mail re Draft of Long Form Agreement between AG and MoonScoop |
| Def-133 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 5-28-09 Zagore E-mail with AG Draft of APA |
| Def-134 | | | 5-29-09 Zagore E-mail re Looking Forward to Comments on APA |
| Def-135 | | | 7-20-08 AG Stock Price |
| Def-136 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 3-24-08 AG Stock Price |
| Def-137 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 9-30-09 AG Stock Price |
| Def-138 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 6-7-09 AG Stock Price |
| Def-139 | 11/15/2012 9:55 AM | 11/15/2012 9:55 AM | 11-8-12 AG Stock Price |
| Def-140 | | | 4-27-09 Mandelbaum E-makil re MoonScoop Seller Financing Terms |
| Def-141 | 11/15/2012 11:47 AM | 11/15/2012 11:47 AM | |
| Def-142 | 11/15/2012 11:47 AM | 11/15/2012 11:47 AM | |
| Def-143 | 11/15/2012 11:47 AM | 11/15/2012 11:47 AM | |
| Def-144 | 11/15/2012 11:47 AM | 11/15/2012 11:47 AM | |

