PAGE 10 OF JURY INSTRUCTIONS

Do ALL (A-E) ITEMS HAVE TO BE SATISFIED? WHAT IF ONE ITEM IS NOT?

Yes, all items (A-E) need to be satisfied.

JUROR #16

Can we be dismissed
for the day by 5:10pm
for jurors to pick up
children from schools
& childcares.


#5

Please let the Court
know when you wish to
recess by ringing buzzer.

CAN WE GET THE TRANSCRIPT OF JOEL VATURI'S TESTIMONY INCLUDING THE CROSS?

#7

We will provide the requested testimony. It will take about ten minutes.