UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | | |
|---|---|---|
| MOONSCOOP SAS, | : | CASE NO. 1:09CV01885 |
| Plaintiff, | : | |
| vs, | : | JUDGMENT ON JURY TRIAL |
| AMERICAN GREETINGS CORPORATION, | : | |
| Defendant. | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This case came before the Court on November 13, 2012, for jury trial.  The jury, on November 16, 2012, rendered a verdict in favor of Defendant American Greetings Corporation.

This judgment order is hereby entered pursuant to Federal Rule of Civil Procedure 58 and this action is terminated.

IT IS SO ORDERED.


Dated: November 26, 2012                         s/         *James S. Gwin*
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE