UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOONSCOOP SAS, | ) | CASE NO. 1:09CV1885 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GREETINGS CORPORATION, | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Plaintiff MoonScoop SAS hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment of the District Court entered November 26, 2012 (Dkt. # 197), including all interlocutory orders and judgments merged therein.

        Respectfully submitted,

        s/ Michael J. Garvin
        Michael J. Garvin (0025394)
        mjgarvin@hahnlaw.com
        Steven J. Mintz (0042046)
        smintz@hahnlaw.com
        Eric B. Levasseur (0075353)
        eblevasseur@hahnlaw.com
        HAHN LOESER & PARKS LLP
        200 Public Square, Suite 2800
        Cleveland, Ohio  44114-2316
        Telephone:  216-621-0150
        Facsimile:  216-241-2824

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Appeal has been filed electronically with the Court this 20th day of December, 2012. Service on all registered attorneys is effected by the Court's ECF system.

s/ Michael J. Garvin<br>
Michael J. Garvin