TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No.  1:09cv1885<br>USCA No. **12-4553** |
| CAPTION | CURRENT COUNSEL FOR PLAINTIFF<br>NAME:  Michael J. Garvin<br>FIRM NAME: Hahn, Loeser & Parks - Cleveland |
| MOONSCOOP SAS | ADDRESS:   2800 BP Tower<br>                200 Public Square<br>                Cleveland, OH.  44114 |
| PLAINTIFF -   APPELLANT | TELEPHONE:   216-621-0150 |
| v. | |
| AMERICAN GREETINGS CORPORATION | CURRENT COUNSEL FOR DEFENDANT<br>NAME:   Donald W. Herbe<br>FIRM NAME: Squire, Sanders & Dempsey |
| DEFENDANT -   Appellee | ADDRESS:  4900 Key Tower<br>                127 Public Square<br>                Cleveland, OH.  44114<br>TELEPHONE:  216-479-8312 |

If Habeas Corpus,  Certificate of Appealability is:   ( ) granted     ( ) denied      ( ) pending

Criminal Defendant:  ( ) on bond     ( ) incarcerated      ( ) on probation

Fees:   District Court & USCA Fee Paid:     (X) yes       ( ) no        ( ) not required
           Pauper Status:               ( ) granted     ( ) denied       ( ) pending
           Affidavit of Financial Status Filed:  ( ) yes         ( ) no

Counsel:       ( ) appointed     (X) retained      ( ) pro se

District Court Judge:   Gwin           Court Reporter:   Judith Gage

Any hearing or trial   (X) yes    ( ) no        If yes, dates  11/16/09; 12/11/09; 12/16/09; 2/17/10; 4/15/10; 4/21/10; 4/23/10; 5/3/10; 8/30/12; 10/31/12; 11/13/12; 11/14/12; 11/15/12 and 11/16/12.

FROM    Shawn Harrigan                DATE         DECEMBER 21, 2012

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2012**. Clerk, GERI M. SMITH, U.S. District Court